RICHARD JOHN VIEIRA (H-31000)

San Quentin Prison
San Quentin, CA. 94974

FILED

JAN 09 2012

UNITED STATES DISTRICT COURT CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT
_EASTERN_   DISTRICT OF CALIFORNIA OF CALIFORNIA

DEPUTY CLERK-

1: 12 CV  0 0 0 4 4 MJS    PC

Case No. _____

RICHARD J. VIEIRA
    Plaintiff/Petitioner:

Additional Plaintiffs to be
Incorporated After Discovery #'s 02-
1,000.

v.

Governor Edmund G. Brown, et al.
    Defendants/Respondents:

[ADDITIONAL DEFENDANTS]

Ex Governor A. Schwarzenegger,
California Supreme Court Justices

Ronald George, M. Lucas, M. Baxter,
Ming Chin, Joyce Kennard, Carlos
Moreno, Kathryn Werdegar, Carol Corr-
igan, Tani Sakauye, Goodwin Liu: et, al.

    Commission of Judicial Performance et al.
    California Appellate Project, et al.
Michael Millman, Sarah Chester,

· California State Bar association et al.
    ALL Certified Death Penalty Approved
Defense Attorneys, et. al.

    State Attorney Generals Office,
Kamala Harris, et al.

    State, County, City, Town, Corporations
within State of California, et. al.

Unknown Named Defendants #'s 200-10,000
Who are Members or Employess, Officers of
State of California, Any and All Vested
with Authority by State of California,
State of California, et al.

    U.S. District Judge Ronald White,

    U.S. Court of Appeals Judges Silverman,
Richard Paez, and Carlos Bea
Arthur L. Alarcon Circuit Judge,

    10,001 to 10,500 Unknown Defendants to
be Added Upon Completion of Full and Com-
plete Discovery

[1.] Damages for Deprivations of
Civil Rights by Federal Agents within
Ninth Circuit and Conspiracy Under
Federal Civil Rights Act 42 U.S.C.
§1983 and 1985.

[2.] Conspiracy to Violate Const-
itutional Rights Under Color of Law,
Title 18 U.S.C. §§241, 242 et seq.

[3.] Violations of Title 18 U.S.C.
§02 Principles, et seq.

· [4.] Violations of Title 18 U.S.C.
§03 Aiding and Abetting, et seq.

[5.] Class Action Allegations,
· RULE 22 Federal Rules of Civ. Pro.
and Local Rule 18 et seq.

[6.] Racketeer Influence and Cor-
rupt Organization (R.I.C.O.) Claims
Title 18 U.S.C. §1961 et seq.

[7.] Domestic/Economic Terrorism
Title 18 U.S.C. §§2332b (a)-(b)2,
§2332d and 2339 et seq.

[8.] Acts of Treason Title 18
U.S.C. §§2382 and 2381.

[9.] State Law Torts of Assaults
Battery and Emotional Distress and
Torture Title 18 U.S.C. §1957.

[10.] ANY and ALL Other Statutes
which may be Warranted by and thr-
ough Full Discovery and Disclosure
18 U.S.C. §95.

[11.] Declaratory Relief, 28 U.S.C.
§1651 et seq. 28 U.S.C. §2201.

[12.] Injunctive Relief 28 U.S.C.
§1651 et seq.

DEMAND FOR JURY TRIAL

RECEIVED

JAN 09 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
        DEPUTY CLERK
BY_____

1.

PARTIES:

**Plaintiff:**

The Plaintiff who makes this Complaint IS and Was an Inhabitant of and within the Jurisdiction of The United States of America AT ALL TIMES herein Alleged. Plaintiff is Housed in Custody at San Quentin State Prison, San Quentin, CA. On Death Row [In a Condemned Unit under Punitive Conditions and Under Mental Duress]. Plaintiff bridges continuously has been Imprisoned to a Sentence of Death since the date of the Under- lying date of, ᴿᵉᵍⁱˢᵗ **MARCH 30, 1992** , incident on which He sues, and the- refore The Statute of Limitations or His Claim has not yet begun to run, and has been tolled pursuant to Cal. Code of Civil Procedure. Plaintiff is part of a Minority Class as a Capital Appellant.

Additional Plaintiffs' may be added pursuant to Class Action Statutes based upon Approval and Acceptance of The United States District Court within the Respective Jur- isdictions for the Districts of California.

| Defendants: | Official Possition | Address: |
|---|---|---|
| **Califonia Supreme Court:**<br>Justices', R. George, M. Lucas,<br>M.Baxter, Ming Chin, Joyce Kennard,<br>Carlos Moreno, Kathryn Werdengar,<br>Carol Corrigan, Tani Sakauye, Goodwin<br>Liu. Et. Al. | States Judicial<br>Branch, | 350 McAllister St.<br>San Francisco, CA.<br>94102-7303 |
| **Commision of Judicial Performance:** | OFFICERS OF THE COURT. | State of California. |
| **California Appellate Project:**<br>Attorneys: Michael Millman,<br>Sarah Chester, et al. | Officers of the Court | 101 Second  St.<br>Suite 600.<br>San Francisco, Ca.<br>94105 |
| **California State Bar Assoc.**<br>Et. Al. | Officers of the Court. | San Francisco and<br>Los Angeles Ca. |
| **ALL Certified Death Penalty<br>Approved Defense Attorneys.**<br>Et. Al. | Officers of the Court. | State of California. |
| **California Attorney General:**<br>**Kamala D. Harris, et al.** | Officer of the Court<br>State Executive Branch. | 1300 I St.<br>P.O. Box 944255<br>Sacramento, CA.<br>94244-2550. |

2.

Defendants:

State, County, City, Town,                                             State of California.
Corporations within State of Cal-
ifornia. Et. Al.

Unknown Named Defendants:
Numbers 200 – 10,000.

Ronald Whyte                      U.S. District Judge          U.S. Courthouse
                                  Judicial Branch of U.S.      450 Golden Gate Ave.
                                                               San Francisco, CA.
                                                               94102-3483

Berry Silverman                   U.S. Judge of                Sandra Day O'Connor
                                  Court of Appeals             U.S. Courthouse
                                  Judicial Branch of U.S.      401 W. Washington St.
                                                               SPC 54, Phoenix, AZ.
                                                               85003-2156

Arthur L. Alarcon                 Circuit Judge                312 N. Spring St.
                                  U.S. Judicial Branch         Los Angeles, CA.
                                                               90012-4701

Richard Paez, and                 Ninth Cir. Judges           Ninth Circuit.
Carlos Bea:                       U.S. Judicial Branch.

10,001 – 10,500
Unknown Defendants: Et. Al.
To be Added Upon Completion of
Full and Complete Discovery.

The Defendants herein Have or Maintain Vested Authority by The Sovereignty of the
State of California, or United states of America. Authority "Vested Powers" were Ob-
tained By OATH, A Contractual Agreement between The Sovereignty and Vestee to Obey,
Uphold, and Full Compliance to The Constitution, Laws and Treaties of The Sovereignty.
California as a State within The Union of The United States, By Treaty places ALL Vest-
ees' with Absolute Compliance to Both the State and Federal Constitutions, Laws and
Treaties.

Furthermore, Plaintiff having Acted in Full and Complete Compliance to theLegislative
Demands pursuant to Title 18 U.S.C. §04, "To REPORT CRIMES to a Judge and/or Government
Representative with Vested Authority". FAILURE to Implement the Corrective Process Cre-

3.

ates Delays in the Corrective Process, and/or Conceals, or Attempts to Conceal to Aid

Wrong Doers clearly establishes Violations of 18 U.S.C. §03 "Aiding and Abetting by

Failure to Act pursuant to Invoked Duty Owed to Vested Authority." Non-Action can cle-

arly establish Violations of Title 18 U.S.C. §1503, "Obstruction of Justice by Failure

to_Act_on_Duty Owed to the Sovereignty.

Herein This Complaint clearly establishes One with Vested Authority Who Acts to

support and or Further in any manner pursuant to Title 18 U.S.C. §02, "Acts as a Par-

ticipant" and may be viewed as Co-conspirator pursuant to Legislative Intent. Further

This Complaint is based upon a Foundation of The Denial of Constitutionally Guaranteed

Rights by Agents of The Government Acting Under The Color of Law, Pursuant to Title 18

U.S.C. §242, And by and through Conspiracy to Willfully and Intentionally Violate Con-

stitutionally Guaranteed Rights of a Minority Class of U.S. Citizens, While Acting Un-

der Color of Law, Vested Authority of The Sovereignty By Oath of Vestment. (8 U.S.C. §241)

Each and Every Defendant Who is a Natural Person is sued in BOTH his/her Individual

and Personal Capacities, As well as in his/her Official Capacity if He or She had any

Policy Making Duties, Functions, or Responsibilities with Respect to the Matters All-

eged Herein. The Defendant State of California is sued in All Legally permissible Cap-

acities Under Both Bivens and Sections 42 U.S.C. §§1983, 1985.

**JURISDICTION:**

This Case has been plagued with deliberate acts to Obstruct Justice and the Due *Impede* Administration of Law, deliberate delays and abuses of which stems back to Original Filing of CV-09-0656-RMW. This Complaint was clearly presented to create By Court Order the Corrective Forum of Illegal Process.

The State of California created an Illegal Entity pertaining to ONLY Capital Cases. The Acts in question clearly violate The Constitutions, Statutory Laws and TREATIES of Both The United States and State of California. Petitioners have diligently sought to correct the process by and through 42 U.S.C. §1983. This Illegal Entity clearly presents  Issues at Bar (Illegal Entity) in Violation of The Constitution, Laws and Treaty. The U.S. District Courts have Ruled upon a Demand for Exhaustion "prior" to Adjudication on the Merits related to Illegal Conviction

. However, to obtain Legal Exhaustion pursuant to U.S. District Orders is not possible without "correcting" Illegal Process. Therefore 42 U.S.C. §1983 is The Proper REMEDY, and pursuant to New Clarification in Law by The United States Supreme Court, The U.S. District Courts are REQUIRED to Utilize 42 U.S.C. §1983 to CORRECT THE LEGAL PROCESS.

To correct the process does not insure Removal of Conviction or speedier release. However, After Corrections are perfected Petitioners may well establish Legal Foundation through the corrected process to obtain Reversal as a Matter of Law.

It should be noted that the U.S. District Courts have clearly established the Violations of California's Legal Process in Capital Cases, But Failed to implement any Corrections, Referrals, and or Adjudication/Action Demanded by Absolute Duties and Obligations by Appointment to Judicial Branch.

Viewing, Skinner (2011) 131 S.Ct. at 1298-99; Court Clarified Due Process Claims do not necessarily imply the immediate release or invalidity of Conviction. Fact is, It says nothing about validity of the conviction, but raises serious legal questions

5.

about the legal process. Further a legal process which violates The Constitution, Laws and Treaties of the United States creates a Legal Obligation for Corrections by the U.S. Courts. In re: Blair 2011 (9th. Cir) ___F.3d.___ 2011 WL 2853894.

> "Plaintiff's main complaint appears to be that he is wrongfully convicted and he is dissatisfied with California's Requirement that prisoners in Capital Cases must be represented by Counsel on appeal and habeas matters because consideration of his case could continue for several years before final disposition. While Unfortunate, Plaintiff's allegations provide no valid grounds for reconsideration of the Court's conclusion that Plaintiff's underlying claims challenge his conviction are barred by both Younger and Heck". (See Appendix A).

The District Court was afforded the same description of California's Illegal Process in All Capital Cases. View Legal Argument as to application of Constitution, Laws and Treaties of the United States applied to California's Legal Process. It's NOT Unfortunate, it's an intentional act to Violate Constitutionally Guaranteed Rights by California's Agents Acting Under Color of Law. Supported by U.S. District Court's Honorable Ronald M. Whyte. Delaying the Corrective Forum pursuant to Record/Ruling. Appeal was BARRED to the Ninth Circuit Court of appeals "prior" to any transfer of record OR NOTICE OF APPEAL.

Furthermore, Acts by the States agents to desuade Petitioner from ANY further Litigation were Noticed to the U.S. District Court. Petitioner has clearly exhausted these issues for Correction of Illegal Process to the California Supreme Court, Procedural' Defaulted by Refusal to Issue as much as an Intake Order. However a Clear Record of Obstruction of Justice, Obstruction of the Due administration of Justice was established by supporting evidence (see EXHIBITS /APPENDIX - A ). Petitioner Filed a separate 42 U.S.C. §1983 Complaint with a Motion for Incamera Review of Evidence to Obtain Protective Orders. The Honorable Ronald M. Whyte who is alleged to be retired, Dismissed the Case altogether. The foundation for dismissal was the "issues were before the State of California's Superior Court", Case Dismissed on September 22, 2011 by the Honorable Ronald M. Whyte. Reconsideration FILED on October 3, 2011 Clarifying Erroneous Ruling as foundation for Dismissal was False (EXHIBIT A ) of Reconsideration

6.

is the Superior Court's DISMISSAL dated July 5, 2011. NO ORDERS, No Corrections, No Protection of Evidence, No Orders to Terminate Threats to Petitioners have been perfected or addressed. ALL Exhibits are ATTACHED to Clarify Foundation to Support Extraordinary Circumstances. [ Appendix B ]

- All-Writs-Act, permitting Courts established by Act of Congress to Issue All Writs necessary or appropriate in aid of Their Jurisdiction, empower Court of Appeals to Issue Writs of Mandamus. In re Pruitt C.A.3 (Pa.) 1990, 910 F.2d 1160.

When Court of Appeals exercises Mandamus Jurisdiction in aid of it's Appellate Jurisdiction, It's Authority to do so is confirmed by 28 U.S.C. §1651(a) All Writs, and such jurisdiction is exercised as an Original Action of Law, Cotter v. Inter County Orthopedic ass'n. P.A. Ca.3 (N.J.) 1976, 530 F.2d 536.

Under section 28 U.S.C. §1651(a) Court of Appeals is Authorized to Issue Writs of Mandamus to District Courts in the Circuit. In re, Virgina Elec. & Power Co., C.A.. 4 (Va.) 1976, 539 F.2d 357.

Where a District Court persistently and without reason refuses to Adjudicate a Case properly before it, The Court of Appeals may issue a Writ of Mandamus in Order that it may exercise its Appellate Jurisdiction. (per. Mr. Justice Rehnquest with three Justices concurring and one Justice Concurring in the Judgment). Will v. Calvert Fire Ins. 10 Ill. 1978, 98 S.ct 2552; 437 U.S. 655; 57 L.Ed.2d 504, on remand 586 F.2d 12.

Pursuant to this section Court of appeals has Authority to Issue Writ of Mandamus as necessary or appropriate in aid of its Jurisdiction. In re Cordis Corp., CA. Fed 1985, 769 F.2d 733, cert. den. 106 S.Ct. 148; 474 U.S. 851; 88 L.Ed.2d 122.

Court of Appeals has discretion to grant Writ of Mandamus under All Writs Act if No Other adequate means to attain desired relief exists or District Court committed clear error of law. U.S. v. Martinez-Zayas, C.A. 3. (Pa.) 1988, 857 F.2d. 122.

Guidelines for issuing Writ of Mandamus are (1.) petitioner has no other adequate means, such as direct appeal, to attain the desired relief. (2.) petitioner will be

7.

damaged or prejudiced in a way not correctable on appeal. (3.) District Court's order is clearly erroneous as a matter of law. (4.) Subject order is oft repeated error, or manifests a persistent disregard of the Federal Rules and (5.) Orders raises New and important problems or issues of law of first impression. Bauman v. U.S. Dist. Court, C.A. 9 (Cal.) 1977 F.2d. 650; Wheeler v. U.S., C.A.9 (Wash.) 1981, 640 F.2d. 1116; U.S. v.Gregor, C.A.9 (Nev.) 1981 657 F.2d. 1109, cert. den. 103 S.Ct 1891; 461 U.S. 913; 77 L.Ed.2d 281.

This Case IS properly presented pursuant to Title 18 U.S.C. §04, "Legislative Intent is clearly presented as to Demanded Action Required by Statute Law, or suffer prosecution for Commission of Felony". Demands are Satisfied only by presentation to U.S. Jurist.

The United States Supreme Court, Congress and Statute Law clearly Certifies Violations of 18 U.S.C. §§241, 242 [Denial of Constitutionally Guaranteed Rights by Government Agents Acting Under Color of Law] In Civil prosecution are to be pursued pursuant to 42 U.S.C. §1983.

Utilizing All Writs for the specific purpose to present Authority for U.S. Jurists in this Action Under 28 U.S.C. §1651(a). This Clarifies Declaratory and Injunctive Relief necessary to Create Corrective Forum Forthwith. Further U.S. Jurist may Create by and through All Writs Craft necessary Authorities to Implement not only Corrections, But to Terminate the Illegal Process. Clearly The Authority of which is Certified by Oath, Statute, and Jurisprudence an Invoked Duty by U.S. Courts to Implement Immediate Corrections and Implement Investigations by U.S. Agents.

The Actions described herein and Certified by and through indisputable evidence clearly demonstrates The Treaties between The United States and the State of California have been Deliberately Violated, and Torturous Treatment has Risen to Crimes Against Humanity By Government Agents Acting Under Color of Law with evil intent and wonton disregard to Violate Constitutionally Guaranteed Rights of a Minority Class of

8.

U.S. Citizens, All while Acting Under Color of Law.

Further the Petitioner in This Case and Cause Demands a Trial by Jury as within His Constitutional Rights. The People of the United States of America are the Real Party of Interest in this Case and Cause.

Petitioner IS a Resident of The United States of America and IS in Custody of The state of California at San Quentin's Death Row. Petitioner IS Incarcerated Under an Illegal Sentence in Violation of the Constitution, Statutory Laws and Treaties of The United States of America. This Complaint and Issues at Bar address ONLY The Illegal Process. The Petitioner's Conviction IS NOT A ISSUE AT BAR

### Facts Common to All Counts:

Each and Every allegation set forth in each and every averment of this pleading hereby is incorporated by this reference in each and every other averment and allegation of this pleading.

ALL were Deprived of Interests Protected by the Constitution and or Laws of The United States of America, and Each and Every Defendant caused, by Commission or Omission, such Deprivations while Acting Under Color of Law. Plaintiffs "Alpha" Doe and "Beta" Roe, who sue only as Class Representative Plaintiffs claim They may previously have been Deprived of Interests Protected by The Constitution and or Laws of The United States of America, and that Each and Every Defendant again will cause such Deprivations if not enjoined from doing so.

All Acts and or Omissions perpetrated by each Defendant, except Defendant State of California Any Defendant only in His, Hers, or it's Official Capacity, was engaged in maliciously, callously, oppressively, wantonly, recklessly, with deliberate indifference to the rights allegedly violated, despicably, and with evil motive and or intent, in disregard of the rights of the Plaintiffs, and Under Color of State and Federal Law.

9.

The Defendants and any Defendant in His or Her Official Capacity knowingly, or Grossly negligently, or with deliberate indifference to the Rights allegedly violated, caused to come into being, maintained, fostered, condoned, approved of, either before the fact of after the fact, ratified, took NO ACTION TO CORRECT, an Official Policy, Practice, Procedure, or Custom of permitting the occurrance of the categories of wrongs set forth in this pleading, and or improperly, inadequately, with deliberate indifference to the Constitutional or Other Federal Rights of Plaintiffs, grossly, negligently, with reckless disregard to Constitutional or Other Federal Rights, FAILED properly to train, to supervise, to retrain, if necessary, to monitor, or to take corrective action with respect to the Officers of the Courts and with respect to the types of wrongful conduct alleged in this pleading, so that each one of them is Legally Responsible for all of the Injuries and or Damages sustained by The Plaintiffs.

All non-oath Officer Defendants are sued herein on this theory both in their Individual and Personal Capacities and in their Official Capacities.

Also, it is alleged that prior decisions, to pay for or to indemnify for, or to hold harmless for, punitive damages assessed by Jurist and Juries against Prosecutors and Court Officers is a basis for liability in this case, as it contributes conduct that falls within thee definition of the first sentence of this averment.

Also, it is alleged that prior failures to investigate Prosecutors/Officers of the Courts misconduct and or to discipline Prosecutors/Officers of the Court found Culpable for Misconduct, Inadequate Investigations and or Inadequate Discipline imposed for Prosecutor/Officer of the Courts Misconduct, and or a Failure to Investigate and or to discipline the Prosecutors/Oath Officers Defendants in this Case for the alleged misconduct in prior cases and in this case, all make the Defendants other than the Prosecutors/Oath Officers liable for the Prosecutors/Oath Officers misconduct in this Case.

Also, it is alleged that prior failures by Defendants non-oath officers to disband,

10.

to resign in, to make following the requirements of the Constitution, and to Stop Criminal Conspiracy Members who, as a continuous group, have attempted to Murder and who have Murdered Civilians, Caused the Attempted Murder, Extortion, Fraud Embezzlement in this Case.

Also, it is alleged that ALL Defendants Who Obtained Vested Powers from the Sovereignty by "OATH" have accepted the "Highest Standard" of Compliance directly due to that Vested Power and this part of Contractual Agreement.

Also, it is alleged that once a commission of a felony has been established by either Commission or Omission of Duties, Oath, and or Obligations of Duty, The Cloak of Immunity DOES NOT EXIST. No One can be deemed Above the Statutory Demands of Compliance to the Sovereignty.

It is also alleged the One Owing Duty by Contractual Agreement to Obtain Vested Powers by OATH and Acts in Violation of said Oath FORFEITS STANDING by and through Act of Treason.

**LEGAL FOUNDATION TO ISSUES AT BAR:**

The Legal Foundation Necessary which IS Based upon Demands of The Separation of Powers of Democracy are derived from The Constitution, Statutory Laws and Treaties. The Three Branches of Government Legislative, Judicial and Executive Are the Foundation of Our Democracy.

The Authority as Representatives of The People to Create Laws, Which Reflect The Will of the People who Elected Their Representatives. These Laws MUST coinside with The Constitution of which The Sovereignty is founded. Now having been deemed Constitutionally Sound and Ratified by The People, This Creates The Authoritative Answer in Law to BOTH The Executive Branch and The Judicial Branch.

The Judicial Branch of Government Actually Maintains Our Court System, Rules of Court, and Application of The Demands of The Constitution, Statutory Laws and Treaties. The Application of which Demands by Authoritative Answer IS Binding upon ALL Other Branches of Government. The Interpretation may have a minimum of flexibility, Unless The Legislators, Constitution or Statute Clearly defines The Demands upon All Government Branches.. This cannot be altered by the Courts/"Judicial Branch", As it has been deemed Constitutionally Sound and Ratified. Nor does The "Executive Branch" have the Authority to Alter, Amend or Ignore. As The Executive Branch is Vested with Authority to Support, Uphold, Maintain and Prosecute ANY Violators of The Sovereignty's Constitution, Statutory Laws or Treaties.

Each and Every Member of the Executive and Judicial Branch of Government has some Claim to implied, qualified or structured immunity when perfecting Duties as Demanded By Their Oath to The Sovereignty. This OATH to the Sovereignty is a Demand to Obtain Vested Authority and is a Contractual Agreement . To Violate This Oath, The Authoritative Answer in Law, The Constitution or Treaties of The Sovereignty by "Utilizing Their Vested Powers" IS an Act of Treason, and Any and All Claims of Immunity are For-

12.

feited as a Matter of Law. Their Vested Authority is only Valid by the Actions of Vest-

ees Absolute Compliance to ALL Demands of The Sovereignty in the Constitution, Statut-

ory Laws and Treaties. Further, One who Acts in behalf of The Sovereignty has an Abso-

lute Duty to have Complete Knowledge and Demands based upon Vestment of Powers. This

Clearly establishes a Higher Standard of Compliance of Those Vested with The Sovereig-

nty's Authority.

## California Supreme Court "Defendants"

The California Supreme Court is established by State of California and Maintains

a QUORUM of Seven Experts in Law, Who By Oath of Appointment have Obtained Vested Auth-

ority of The Sovereignty, <State of California to apply California's Constitution, Laws

and Treaties, to Create Rules of Courts, Create Superior Courts, Create Lower Appellate

Courts. The High Court is to maintain Appellate Jurisdiction over ALL Lower Courts with-

in the State of California, and Demand Complete Compliance to ALL Demands of California's

Constitution, Statutory Laws, Treaties, Rules, Procedures, Ethical Duties as Demanded by

Authoritative Answer in Law>.

The Demands of California's Justices' of the Supreme Court are The Highest Stand-

ards in Education, Experience, Records of Achievements and Professionalism. There is

Absolutely NO FOUNDATION for the Lack of Knowledge as to Demands of Vested Authority,

Demands of OATH, and or The Demands of The Constitution, Laws, Treaties, Rules, Proced-

ures or Legal Principles of Law, and or Demands of Jurisprudance.

Furthermore The Records will reflect The Chief Justice of the California Supreme

Court is "also seated" upon The Commission of Judicial Performance! The Commission of

Judicial Performance is Created to Correct/Discipline the States Lower Courts Judges

who have records of Misconduct, a Large Number of Reversals in Their Application of

Law, Rules and Procedures before Their Judicial Process. This is to include Their Eth-

ical Conduct, Misconduct, Violations of The Constitution, Laws, Rules, Procedures, etc.

etc. This is a Created Safeguard to Insure the Criminal Justice System IS procedurally,

13.

Legally, Fairly, Impartially Utilized to Seek Justice, Not mere convictions.

The Facts presented within this Complaint have been CERTIFIED By and Through Adjudication of Superior Law. The United States of America has Created the Superior Law by and through the U.S. Congress who Created The United States Supreme Court, U.S. Court of Appeals, and U.S. District Courts and are Deemed The Superior Law within The Union of The United States of America. The State of California by Treaty entered into The Union of The United States and are subjected to The Superior Law of The United States.

California's Supreme Court have Created a Record of Reversals' by the United States Courts in ALL AREAS OF LAW (Between 10% to 12%), With the exception of ONE AREA OF LAW. The area of law in question is the Most serious, and has the Highest Demands upon a Judicial System to be in Absolute Compliance with The Constitution, Laws, Treaties, Procedures, Rules, Ethical Duties, The Adjudication in Capital Cases as the penalty Demands Execution of a Human Being as a Matter of Law. So it is More than Alarming to concieve This Quorum of Seven experts in Law ARE REVERSED 73.1% In Capital Cases ONLY. Further after viewing the Legal Process of which was Created/Promulgated by The California Supreme Courts Seven Experts in Law, Which is in Direct Violation of not only California's Constitution, Laws and Treaties, Rules, Procedures, Actual Principles of Law; But also VIOLATES The Constitution, Laws, Treaties of The United states of America. "Yet, ONLY IN CAPITAL CASES, WHERE EXECUTION OF HUMAN LIFE IS DEMANDED"!

The California supreme Court has demanded The Habeas Corpus/Collateral Challenge is to be SUSPENDED Until AFTER DIRCET APPEAL. This has been a Demanded Procedure by The California Supreme Court long before the Court purposed it's Newly promulgated Rules in 1989. These Rules are contained within The Legal argument, And Clarify Suspension of Habeas Corpus/Collateral Challenge UNTIL AFTER DIRCET APPEAL. However, This procedure fails to present the 3 to 6 Years Suspension waiting for Appointment of Counsel (for the Direct Appeal Only). Then approximately 5 to 8 Years to perfect the Direct Appeal, "Another Suspension"; And upon Filing of Reply Brief, Yet another Waiting

14.

List/Suspension for 8 to 10 Years for the Appointment of Counsel for the Habeas Corpus. After the Illegal Suspension of Collateral Challenge/Habeas Corpus, ANY Meaningful Investigation has eroded, evidence destroyed, and Still! California's Supreme Court Demands Only Accepted Issues are to be Investigated and presented in behalf of Defense. The State of California's Attorney General, et al. Are the State's Highest Legal Officers and are the Head of All Prosecutors within the State of California. These Officers Vested with Authority SUPPORTS California's Supreme Courts Violations of The Constitution, Statutory Laws and Treaties by Suspension of Collateral Challenge. Then Utilizes This Suspension to Obtain Procedural Defaults, Untimeliness Defaults. The State Attorney Generals Office Supports Obtaining Illegal Convictions, and has established a pattern of practice of Maintaining Illegal Convictions. This is clearly established in One area of Law, By Demanding the U.S. Courts Honor and Accept the State's Ruling of Defaults, and limit the scope of the U.S. Court's Review to the A.E.D.P.A. of which The State of California has never opted in. Further the State Attorney Generals Office Argues the delays by Defendants have created an injustice to the Government/prosecution.

Once Again Viewing the State of California's Attorney Generals Office as a Duty Owed to Vested Authority. This clarifies The Vester "Sovereignty" to "Vestee" "State Attorney Generals Office et al". Authoritative Demand By California Constitution; Cal. Const. Art. I sec. 11: "Habeas Corpus MAY NOT BE SUSPENDED UNLESS REQUIRED BY PUBLIC SAFETY IN CASES OF REBELLION OR INVASION".

Clearly The State attorney Generals Office has an ABSOLUTE DUTY to Create Corrections and Prosecutions of the State Supreme Court. Legislative Intent is Absolutely Clear and to Utilize Vested Authority to Violate The Constitution, Statutory Laws and Treaties of The Sovereignty IS TREASON. To aid and abed IS Overt Act to further Crime as Harm is Continuous and Violates Title 18 U.S.C. §§241, 242 "Denial of Constitutionally Guaranteed Rights Under Color of Law by Violations of Vested Authorities." Clearly The United States Constitution, Laws and Treaties between The United States and State of California

15.

have Equal Demands in Law, Constitution and Treaties.

Further, For the State of California Supreme Court to ONLY Retain Defense Attorneys Who AGREE to Terms of Suspension, The Court Dictating of Defense, and Creating Undue Delays in Legal Procedure. Clearly establishes Defense Counsel is Retained to Represent the State Supreme Court and NOT THE DEFENSE. This is not only a Conflict of Interest, But this germinates a Conspiracy to Deny Constitutionally Guaranteed Rights Under Color of Law. ALL Attorneys have Vested Authority by The State Sovereignty to Act within The State Courts as Legal Counsel, as Officers of the Court.

California's Bar Association Issues Vested Authority by Testing, Oath to Counselors by and through State License to Practice Law before the States Courts. Failure to Obey Laws, Procedure, Rules, Ethical Demands are punishable by the State Bar of California. It IS Their Duty to ALL Licienced Attorneys to Obey the Sovereignty's Constitution, Laws, Treaties, Rules, Procedures, Ethical Duties or Be Punished. This too is a Safeguard, Implemented to Maintain Professional Standards of the Legal System.

It should be noted That the California Appellate Project (C.A.P.) was Created by California's State Bar Association. This was to Certify Qualifications as to minimum standards to obtain Appointment to Capital Cases within the State of California. However, it has been utilized to Insure the Acceptance of the Illegal Court Imposed Practices which Violates the Laws, Constitution, Treaties and Demands of The Sovereignty. It should be noted, ALL (C.A.P.) Members work under Vested State Authority, by Vestment and are Accountable for Deliberate Violations.

The State of California's Department of Corrections just declared The Cost of Maintaining Death Row Yearly IS $188,000,000.00. This is just to House and Maintain a very minimum standard of living. This has reference to Legal Costs of Prosecution, Courts, and/or Defense of which is approximately One Hundred Times the cost of Housing at San Quentin Prison. It's based upon these costs which has Certified by and through Washington D.C. AUDIT on Average the Cost of California's Capital Cases from Conviction to Execution is

16.

$250,000,000.00 per Conviction. [See Exhibit __C.__ ].

Now viewing Our Legal Process of which has its foundation within and based upon The Constitution, Legal Principles of Law to Seek Justice and NOT mere Convictions. Our System has several safeguards implemented within it to insure Compliance to ALL Legal Demands pertaining to Due Process of Law, Equal Protection of Law, and Meaningful Access to the Courts. These are Constitutionally Guaranteed Rights.

____ Viewing the evidence to CERTIFY Allegations presented in this Complaint see [Appendix D; page 10 ] of the State Attorney General's Amended Answer to Petit-ioner's Habeas Corpus, submitted by Catherine Chatman; "Supporting the Illegal SUSPENSION of Collateral Challenge", Now Clarifies to U.S. District Court [page 10, lines 17-22],"All of the claims that were presented for the first time in the State Habeas Petition, with exceptions were denied as Untimely". The Court said,"All claims with the exception of Claims 20, 28, 34, 37, 43 and 45 are denied as Untimely (quoting Robbins). In Calif-ornia, A Petition for Writ of Habeas Corpus SHOULD BE FILED AS PROMPTLY AS THE CIRCUMSTA-NCES OF THE CASE ALLOW," THIRTY-EIGHT ISSUES DEFAULTED AS UNTIMELY BY ILLEGAL SUS-PENSION.

____ Further, Restrictions by Defense Counsel Retained to Represent the California Sup-reme Court, CERTIFIES Many Issues Not Raised, Not Investigated due to Lack of Re-sources provided by the California Supreme Court. CLEARLY the Californias Supreme Court Dictates the Defense to be RAISED/Investigated by Defense Counsel. [See Appendix E ].

The Prosecution is by Discovery to COPY ALL Evidence to the Defense. This is to allow Defense Counsel to perfect formal investigation, Interviews Witnesses, and Legal Opportunity to Challenge All Evidence. Only upon completion of Duties can Defense Str-ategy be formulated, and the Strategy is only formulated AFTER Motions Hearing. It is at Motions Hearing the Court will hear Arguments, Evidence, and Witnesses to determine what will be presented before a Jury. The Strategy is formulated upon the Courts Ruling

at Motions Hearing, and This also allows the Defense to Challenge the Court's Ruling prior to Trial. Now the Prosecution has an Invoked Duty to be Forthcoming with ALL Evidence WITHOUT EXCEPTION. This is to Include ALL taped interviews, all types of payments for testimony. This is to Include any and all deals made to witnesses by the prosecution and or investigating peace officers. Violations of these types of Demands of duty Violate Due Process of Law, and Others may occur during Trial as to Jury Instructions, Subornation of Perjury, Prosecutor Misconduct and or Judicial Misconduct and or error. Also, Failures by Defense Attorneys who fail to perfect the Duties as Demanded by Professional Standards. These and More may demand Reversal by the Authoritative Answer in Law. It should be noted Self Representation IS PROHIBITED in Capital Cases before the California Supreme Court to present The authoritative Answer in a Collateral Challenge/-Habeas Corpus.

It is these very Issues which Demand a Collateral Challenge to the Validity of an Illegal Conviction/Sentence of Death. Failure to Raise Issues Timely can be deemed as "waiver" and Create Procedural Defaults. Clearly a Collateral Challenge may be utilized to expand the record of Direct Appeal or if evidence supports Issues Raised in Collateral Challenge with Authoritative Answer, The Case is Reversed and based upon Issues Referal may be had by Prosecution. This is why Timeliness IS so Very Important, It not Only prevents Injustice (Miscarriage of Justice), but Allows the Legal Process to Correct Itself, While ALL Evidence, Testimony, Witnesses have Fresh Memories and Integrity. To Suspend Collateral Challenge, IS Denial of Due Process, Equal Protection of Law, and Meaningful Access to the Courts. This Reduces ANY Incarceration Obtained/Maintained by the suspension to Enslavement and Involuntary Servitude. All of which are PROHIBITED by the Constitutionally Guaranteed Rights, Laws and Treaties of BOTH the State of California and The United States of America.

Based upon a Comparative Study, This Illegal Entity Created by The California Supreme Court Creates an undue burden to Both Defendant and The People of The sovereignty.

18.

The Facts Demonstrate 50% would be Reversed upon Collateral Challenge and this within Six Months to a Year of Illegal Sentence.Utilizing Department of Corrections figures, $94,000,000.00 a Year, Plus approximately 9.4 Billion in Legal Costs, Besides Clogging the Court System and most of all Destroying the Criminal Justice System. To Cover-up Misconduct-By-Prosecutors,-Courts,-Defense,-Law-Enforcement-Counterparts-the-Legal-System By Destroying Safeguards. This will clearly establish an Error Rate which will Grow even Larger.

Any Retainer Accepted under the Terms of Newly Promulgated Procedures by the California Supreme Court establishes FINANCIAL GAIN to Deny Constitutionally Guaranteed Rights of Whoever This Attorney is Appointed to Represent. For California's Supreme Court to be REVERSED IN 73.1% OF CAPITAL CASES ALONE is Intentional and Absent of error or inadvertant mistake. This Clarifies California's Superior Courts in Capital Cases are "Utilized to get Permotions/Re-Elected" are in Error 83.1% the Facts Speak..,It'S Intentional! And Judges are ensured They will be Immune from Accountability, by the California Supreme Court's Suspenstion of Collateral Challenge/Habeas Corpus.

Now Viewing ALL the Illegal Defaults of which are Accepted by the U.S. Courts on Face Value it's estimated at 9%. This would clearly establish 92.1% Reversals of Trial Courts, and 82.1% Reversal of California's Supreme Court IN CAPITAL CASES ALONE.Allowing The Guilty to go Free and Delaying by Suspension for 20 to 25 Years to deliberately allow Legal Co-workers to be free from Corrections, Prosecution and Destroying California's Legal System.

Creating State Agencies to Divert Funding and Actually Protect Only the Illegal Acts by Issueing Certification to Attorneys Who will Accept Violating the State's Constitution, Laws and Treaty.

These Issues were properlypresented to U.S. District Court Judge, Ronald M. Whyte. In His ORDER The Judge Acknowledged the Illegal Entity and Demanded Exhaustion through the Illegal Entity First. This Ruling is in Violation of Rulings of The United States

19.

Supreme Court in Cases all the way back to 2008. Judge Ronald White then utilized His Influence in ex parte communications to have Three U.S. Jurist of the Ninth Circuit Court of Appeals BAR ANY APPEAL of Whyte's Illegal Ruling "prior" to even Accepting Any Record on Appeal. The Ninth Circuit Judges were, Silverman, Paez, Bea.

The Fundamental Question of this Complaint is Answered Authoritatively by the U.S. Constitution and The State of California's Own Constitution. "Suspension of Habeas Corpus IS PROHIBITED", Denial of Due Process of Law IS PROHIBITED, Denial of Equal Protection of Law PROHIBITED, The Denial of Meaningful Access to the Courts, IS PRO-HIBITED. Enslavement or Involuntary Servitude IS PROHIBITED. "Self Representation in Capital Cases/Habeas Corpus IS PROHIBITED, Illegally By the California Supreme Court".

The Record will reflect Governor Edmund G. Brown participated First as Attorney General Under Governor A. Schwarzenegger, And Both Acted to Support this Illegal Prac-tice. Certified Service Supports Knowledge, Intent, and Participation as Co-Conspirat-ors to Violate Constitutionally Guaranteed Rights Under Color of Law by Violating Vested Authority.

The Facts clearly demonstrate the Only Value, Profit, Financial Gains by these Ill-egal Acts are to The Violators of Whom have been trusted with Vested Appointment of Authority within the Legal System within the State and Federal Government. Viewing a Letter to Edmund G. Brown as State Attorney General, By Chief Justice Ronald George and U.S. Court of Appeals Judge Arthur L. Alarcon. Clearly demonstrates the need and value to evade Demands of The U.S. Constitution, Laws and Treaties. $\left[App. \quad F \quad \right]$.

The Facts Demonstrate Clearly and Concisely This Illegal Entity May Well be Directed to Capital Cases Alone, But the Illegal Acts have Contaminated the Violators Involve-ment in Every Area of the Legal Forum.

20.

Legal Argument:

This Action is properly presented before The U.S. District Court pursuant to 42 U.S.C. §1983. The U.S. District Court was already presented with this Illegal Process to Create the Corrections in 2009 in the Northern District of California before the Honorable Judge Ronald M. Whyte. This U.S. District Judge DENIED REVIEW quoting Heck v. Humphreys, 512 U.S. 477, 129 L.Ed.2d 583; 114 S.Ct 2364. Further The U.S. District Court BARRED APPELLATE REVIEW, and Demanded Exhaustion through the Illegal Entity. This Creating a Delay in the Corrective Forum. **CV-09-0656-RMW, [App. A ].**

Clearly The Denial of Constitutionally Guaranteed Rights are properly presented by and through 42 U.S.C. §1983. This is established pursuant to the Authoritative Answer to the U.S. District Court, By The United States Supreme Court: quoting Blair __ F.3d. __ 2011 (9th. Cir.); WL 2853894, 17 Cal. Daily op. Serv. 9131 (Cite as: 2011 WL 2853894 (CA.9 Cal.); Under current Supreme Court Law, We lack habeas jurisdiction to consider Petitioners request for an Order Compelling a State Court to process His Appeal. In two recent cases, Wilkinson v. Dotson 544 U.S. 74; 125 S.Ct. 1242; 161 L.Ed. 2d 253 (2008) and Skinner v. Switzer, __ US __, 131 S.Ct.1289; 179 L.Ed.2d. 233 (2011), The Court has made Clear that an action brought under 42 U.S.C. §1983 IS the proper course for a Constitutional Claim such as one that Petitioner originally Filed Here. These decisions distinguish between Claims that necessarily imply the invalidity of a Conviction, which must be brought in the context of a Habeas Corpus, and Claims for Constitutional Violations that do not necessarily spell speedier release and thus do not lie at the core of habeas corpus, which may be brought, if at all, under §1983. Skinner, 131 S.Ct. at 1298-99.

Under Skinner in particular, a prisoner, like Petitioner who wants to compel the processing of an appeal to which State Law entitles Him, may not file a Habeas Petition to obtain that result. A Due Process Claim of that sort does not "Necessarily Imply the Invalidity of [a] Conviction". Id. at 1298 (emphasis added). In fact, it says nothing about the validity of the conviction because it raises an Issue of Process, NOT

Substance. Neither does the Claim "Necessarily spell speedier release", Id. at 1299 n. 13. (emphasis added), because, as happened here, The State Court might Affirm the Prisoners Conviction and sentence, leaving Him in custody, We therefore conclude that a request for an Order Directing a State Court to hasten its consideration of an App- eal belongs in a §1983 Complaint, Not Habeas Petition, Nor, IS EXHAUSTION REQUIRED as a procedure to Address the Issues at Bar.

Petitioner having presented separate petition for Direct Relief from Illegal Con- viction pursuant to 28 U.S.C. §2241(a)(c)(3) of which challenges the legality of Cust- ody as being in Violation of The Constitution, Statutory Laws and Treaties of the Un- ited States of America. $\left[ \text{Appendix G, # 11-72505} \right]$.

Congress in enacting 28 U.S.C. §2254 exhaustion requirements codified existing hab- eas practice, but did not impose Statutory Prohibition against granting of Writ of Habeas Corpus to Applicant held in State custody other than pursuant to judgment and conviction, so as not to hamper Federal Courts in protecting Federal Officers being prosecuted by State Authorities, Plummer v. Louisana, (1967, ED. La.) 262 F.Supp. 1021.

Defendant was adequately protected against danger of unlawful oppression by State Courts, by His Right to apply to Any Court or Judge of The United States for Writ of Habeas Corpus whenever He was in custody "for an act done or omitted in pursuance of a law of the United States". Virgina v. Paul, (1983) 148 U.S. 107; 37 L.Ed 386; 13 S.Ct. 536.

Further pursuant to The United States Supreme Court, Claims pursuant to Denial of Constitutionally Guaranteed Rights Under Color of Law (18 U.S.C. §§241, 242) ARE ADD- RESSABLE properly Under 42 U.S.C. §1983 by Prisoner in custody.

The Case and Cause before this Honorable Court IS in fact the Legal Process promul- gated by California Supreme Court of which VIOLATES the fundamental foundations of which is utilized to create the Criminal Justice System. Furthermore Creating this Illegal Process ONLY in Capital Cases clearly supports evil intent to Violate Const-

22.

irutionally Guaranteed Rights Under Color of Law.

The Court in its Ruling founded its Judgment based upon Heck v. Humphrey, 512 U.S. 477; 129 L.Ed.2d 383; 114 S.Ct 2364; "Clarifying prisoner cannot use §1983 to obtain Relief where success would necessarily demonstrate The Invalidity of Confinement or its_duration", Clearly the Honorable Court has in fact addressed the merit of this Case; And Adjudicated the State of California has acted in Violation of The Constitu- tion, Statutory Laws and Treaties of the United States.

Acceptance of The Honorable Courts Judgment, Petitioners have Filed pursuant to 28 U.S.C. §2241(a)(c)(3) for Relief from Illegal Confinement, it is The Duty of The Court. Under Federal Habeas Corpus Statute 28 U.S.C. §2241 Federal Courts have been Granted Power to provide RELIEF for State Prisoners held in custody in Violation of Federal Constitution, Laws or Treaties. Codispoti v. Howard, (1978 CA.3 PA.) 589 F.2d 135.

Pursuant to in re Skinner, 131 S.Ct at 1298-99, Constitutional Claims directly re-lated to "process" are Properly Addressed on 42 U.S.C. §1983. Further by Correcting the Process which Violates The Constitution, Laws and Treaties of The United States by the State of California would effectively apply Appellate Corrections of a Minor-ity Class of U.S. Citizens damaged by the State of California's Illegal Acts.

quoting: Blair: __ F.3d. __ 2011 WL 2853894 (CA.9 Cal.) 11 Cal. Daily op. Serv. 9131, "Those decisions distinguish between Claims that necessarily imply the Invalidity of a Conviction, which must be brought in context of Habeas Petition, and Claims for Constitutional Violations that do not necessarily spell speedier release and thus do not lie at the core of Habeas Corpus, Which may be brought, if at all Under §1983 Skinner, 131 S.Ct. at 1298-99 n.13.

Viewing the United States Supreme Court and its evaluation to duties owed, By cle-arly defining "Obstruction of the Administration of Justice", means:

"The Performance of Acts or Duties REQUIRED BY LAW in discharge of that Duty, One may Obstruct Justice by merely failing to aid, but to Obstruct The Administration of Justice requires something more than non-action".

Viewing reliance on Heck v. Humphreys (Id.) is clearly absent of Judicial Referal is non-action. To Clarify the Issues at Bar Clearly Violate The Constitution, Laws, and Treaties of The United States as Illegal Process to False Imprison U.S. Citizens by Violating The Constitution, Laws and Treaties non-action can be viewed as supporting the Illegal Process. Alexander v. Megerman, (1983) WD Mo.) 563 F.Supp. 737.

❮"California's standard is, of course indeterminate. This does not make it unclear, Standards such as reasonableness and diligence are quite common in the World of Law, and Courts and litigants are regularly called upon to apply such terms. Indeed, California's timeliness rule is remarkably similar to one of the triggering dates for the 28 U.S.C. §2244(d) limitation period for state prisoner filing Federal Habeas petitions: The period of limitations may start running on (the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence). 28 U.S.C. §2244(d)(1)(A); Similarly, for Federal prisoners, The period of limitations may start running on the date of which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence">. ❮"28 U.S.C. §2255(4) and as The United States Court noted in applying the due diligence requirement of §2255, (Clearly ... due diligence is an inexact measure of how much delay is to much. But the imprecision here is no greater than elsewhere in the law when diligence must be shown), Johnson v. United States, 544 U.S. 295, 309 n.7 (2005). And in fact, The Court had no difficulty in applying the concept to the facts in the case before it. See Id. at 311. Similarly, the term "unreasonable...is a common term in the legal world and accordingly, Federal Judges are familiar with its meaning". William v. Taylor, 529 U.S. 362, 410 (2000) (discussing 28 U.S.C.§2254(d) ). For example, a Motion for Relief from Judgment

made pursuant to Rule 60(B) of the Federal Rules of Civil Procedure "Shall be made within reasonable time..." Gonzales v. Crosby, 545 U.S. 524, 529 n.2 (2005)».

<"There is no reason to...give greater preclusive effect to procedural defaults by federal prisoners than to similar defaults by state defendants". Francis v. Henderson, 425 U.S. 536, 542 (1976); accord Kindler, 130 S.Ct. at 618».

"The State seems to value discretionary rules as much as the Federal Government does. See Brief for State of California et al. as Amici Curiae 16-17 (citing various State discretionary procedural rules). In light of the Federalism and Comity concerns that motivate the adequate State grounds particularly strange to disregard State procedural rules are substantially similar to those to which we give full force in our own courts". Kindler, 130 S.Ct. at 618.

"The analysis of timeliness in California may require a case specific approach, However, such a consideration is not a valid reason to conclude that the Bar is not Clear. Other Rules involving timeliness take similar approach. see eg. A.E.D.P.A. Statute of Limitations Rulings addressing the concept of equitable tolling such as, Spitsyn v. Moore, 345 F.3d 796, 799 (9th. Cir. 2003) ("Determining whether equitable tolling is warranted is a Fact Specific inquiry"), see also, Wood v. Hall, 130 F.3d. 373, 376 (9th. Cir. 1997) (a State Rule of Law that involves discretion is not necessarily unclear). Since the Requiement of reasonableness and diligence can be readily understood throughout Federal Practice, it is sufficiently clear for State Habeas Litigants. Notably, The United States Supreme Court has never rejected a State's procedural bar as inadequate for discretionary or merely inconsistant application of the bar in its Cases".

"California's timeliness standards are consistently applied. The California Supreme Court has so statted in no uncertain terms. <California Courts "Insist a Litigant mounting a Collateral Challenge to a final Criminal Judgment do so in a timely fashion", Sanders, 21 Cal. 4th at 703 (emphasis added) "The California Supreme Court

has stressed that it is highly important to the State of California for prisoners to "proceed without delay" to present their claims on Habeas Corpus, for reasons that The United States Supreme Court has long respected>.

"[T]he writ strikes at finality. One of the Laws very Object is The Finality of its Judgments. Neither Innocents nor Just Punishments can be vindicated until the final judgment is known. (Without finality the Criminal Law is deprived of much of its deterrent effect). Teague v. Lane, 489 U.S. 288, 309 (1989); And when a Habeas Petitioner succeeds in obtaining a New Trial, The Erosion of Memory and Dispersion of Witnesses that occur with the passage of time, Kuhlmann v. Wilson, (1986) 477 U.S. 436, at 453, prejudice The Government and diminish the chances of a reliable Criminal Adjudication...". Clark, 5 Cal. 4th at 777 (quoting McClesky v. Zant, 499 U.S. 467, 491 (1991). ).

It should be noted That the State of California's Constitution clearly Demands pursuant to Cal. Const. Art. I sec. 11: "HABEAS CORPUS MAY NOT BE SUSPENDED UNLESS REQUIRED BY PUBLIC SAFETY IN CASES OF REBELLION OR INVASION". Viewing, in re: Browning, 79 Cal.App. 3d. 320:

> "A Reversal will effectuate two wholesome results namely, (1.) A Just determination of the case pending before the Court, The Supreme Court having ruled on the question by which we are bound; and (2.) A speedy determination of the Appeal. It is evident that were the Motion to he DENIED and Briefs required No Useful purpose would be served. Since the ultimate result would be the same", (Tarpley v. Epperson, 125 Tex. 63 (79 S.W. 2d. 1081, 1082) ). Such a ruling would not result in a technical disposition of the Appeal. On the contrary it saves both parties time and expenses of filing additional briefs which, of course would entail additional fees and costs of printing". (Court COSTS).

California therefore has established and enforced timeliness standards; "[W]e enforce time limits on the filing of petitions for Writs of Habeas Corpus in non Capital Cases As Well As in which The Death Penalty has been Imposed". Robbins, 18 Cal.

4th. at 778.

California Supreme Court ACTS TO VIOLATE the Laws, Constitution and TREATY of the United States of America.

It should be further noted The California Supreme Court promulgated Policies, & Rules, Procedure and Practice of which Deliberately VIOLATES California's Constitution, Statutory Laws. Furthermore, These Violations have been Directly Supported By California's Attorney General who has Acted with evil intent to commit murder in the first degree. Take Judical NOTICE of the Following DEMANDS OF LAW.

Cal. Cnst. Art. I sec. 11:

Habeas Corpus May Not be SUS-PENDED UNLESS REQUIRED BY PUBLIC safety in cases of rebellion or invasion.

Cal. Cnst. Art. I sec. 7(a)(b):

(a) A person may not be deprived of life, liberty or property without due process of law ordenied equal protection of the laws; (b) A Citizen or Class of Citizens may not be granted privileges or immunities not granted on the same terms to all Citizens.

Cal. Cnst. Art. I sec. 6:

Slavery is prohibited. Involuntary Servitude is prohibited except to punish a crime.

U.S. Cnst. Art. I sec. 9cl.2

The privilege of the Writ of Habeas Corpus SHALL NOT BE SUS-PENDED unless when in cases of rebellion or invasion the public safety may require it.

U.S. Cnst. Amend. XIV.

No State shall make or enforce any law which shall abridge the privileges or immunities of Citizens of the United States; Nor shall any state deprive any person of Life, Liberty or property without due process of law, nor deny to any person within its jurisdiction the equal protections of the Law.

U.S. Cnst. Amend XIII:

Neither Slavery nor Involuntary Servitude, except as punishment for a crime whereof the party shall have been duly convicted, shall exist within the United States, or any place subject to their jurisdiction.

Now VIEW The California supreme Court's POLICIES in re: Capital Cases:

Policy 3. Standards of governing filing of habeas corpus petitions and compensation of counsel in relation to such petitions.

The Supreme Court promulgates these standards as a means of implementing the following goals with respect to petitions for writs of habeas corpus relating to capital cases: (i) ensuring that potentially meritorious habeas corpus petitions will be presented to and heard by this court in a timely fashion; (ii) providing appointed counsel some certainty of payment for authorized legal work and investigation expenses; and (iii) providing this court with a means to monitor and regulate expenditure of public funds paid to counsel who seek to investigate and file habeas corpus petitions.

For these reasons, effective June 6, 1989, all petitions for Writs of Habeas Corpus arising from judgments of death, whether the appeals therefrom are pending or previously resolved, are governed by these

standards.

## 1. Timeliness standards.

1-1. Appellate Counsel in a capital case shall take and maintain detailed, understandable and computerized transcript notes and shall complie and maintain a detailed list of potentially meritorious habeas corpus issues that have come to appellate counsel's attention. In addition, if appellate counsel's appointment does not include habeas corpus representation, until separate counsel is appointed for that purpose, appellate counsel shall preserve evidence that comes to the attention of appellate counsel if that evidence appears relevant to a potential habeas corpus investigation. If separate "post-conviction" habeas corpus /executive clemency counsel (hereafter "habeas corpus" counsel) is appointed, appeal counsel shall deliver to habeas corpus counsel copies of the list of potentionally meritorious habeas corpus issues, copies of the transcript notes,and any preserved evidence relevant to a potential habeas corpus investigation, and thereafter shall update the issues list and transcript notes as warranted. Appellate counsel shall consult with and work cooperatively with habeas corpus counsel to facilitate timely investigation, and timely preparation and filing (if warranted) of a habeas corpus petition by habeas corpus counsel.

Habeas corpus counsel in a capital case shall have a duty to investigate factual and legal grounds for the filing of a petition for writ of habeas corpus. The duty to investigate is limited to investigating potentially meritorious grounds for relief that come to counsel's attention in the course of reviewing appellate counsel's list of potentially meritorious habeas corpus issues, the transcript notes prepared by appellate counse, the appellate record, trial counsel's existing case files, and the appellate briefs, and in the course of making reasonable efforts to discuss the case with the defendant, trial counsel and appellate counsel. The duty to investigate does not impose on counsel an obligation to conduct, nor does it authorize the expenditure of public funds for, an unfocused investigation having as its object uncovering all possible factual bases for a collateral attack on the judgment. Instead, counsel has a duty to investigate potential habeas corpus claims only if counsel has become aware of information that might reasonably lead to actual facts supporting a potentially meritorious claim. All petitions for writs of habeas corpus should be filed without substantial delay. [As amended effective July 29, 1993, and Jan. 22, 1998].

1-1.1 A petition for writ of habeas corpus will be presumed to be filed without substantial delay if it is filed within 180 days after the final due date for the filing of appellant's reply brief on the direct appeal or within 36 months after appointment of habeas corpus counsel, whichever is later. [As amended effective Sept. 19, 1990, Jan. 22, 1998, July 17, 2002, and Nov. 30, 2005].

1-1.2 A petition filed more than 180 days after the final due date for the filing of appellant's reply brief on the direct appeal, or more than 36 months after appointment of habeas corpus counsel, whichever is later, may establish absence of substantial delay if it alleges with specificity facts showing the petition was filed within a reasonable time after petitioner or counsel (a) knew, or should have known, of facts supporting a claim and (b) became aware, or should have become aware, of the legal basis for the claim. [As amended effective Sep. 19, 1990, Jul. 29, 1993, Jan. 22, 1998, July 17, 2002, and Nov. 30, 2005].

68662  The supreme Court shall offer to appoint counsel to rep-
resent all state prisoners subject to a capital sentence for
purposes of state postconviction proceedings, and shall enter
an order containing one of the following:

(a)  The appointment of one or more counsel to represent the
prisoner in postconviction state proceedings upon a finding that
the prisoner is indigent and has accepted the offer to appoint
counsel or is unable to competently decide whether to accept or
reject that offer.

(b) A finding, after a hearing if necessary, that the prisoner
rejected the offer to appoint counsel and made that decision with
full understanding of the legal consequences of the decision.

(c)  The denial to appoint counsel upon a finding that the
person is not indigent.

68663  No counsel appointed to represent a state prisoner under
capital sentence in state postconviction proceeding shall have
previously represented the prisoner at trial or on direct appeal in
the case for which the appointment is made, unless the prisoner
and counsel expressly requests continued representation.

The Federal Courts must take California's Supreme Court at its word. The State
Courts are, after all, "The ultimate expositors of State Law". Mullaney v. Wilbur,
421 U.S. 684, 691 (1975). And it would be difficult to explain with any Logic a Just-
ice System in which jurors are presumed to follow the law as delivered to them in
the instructions, United States v. Heredia, 483 F.3d. 913, 923 (9th. Cir 2007) (en
banc), and yet an opposite presumption that State Courts are not adherring to Their
established State Laws. Such a presumption is contrary to the Law of Common Sense.
In deed, "[I]t seems most doubtful that [The United States Supreme] Court can or sho-
uld require Federal Courts to disregard a State procedural ground that was not in all
respects explicit before the case when it was first announced, absent a showing of
a purpessed pattern to evade Constitutional guarantees", Kindler, 130 S.Ct. at 620
(Kennedy, J., Concurring) (emphasis added).

The Collateral Challenge/Habeas Corpus to Validity of Illegal Conviction clearly
demonstrates by Authoritative Answer in Constitution, Law, or by Case Authority of
Common Law by Higher Court of which Lower Courts are bound. Naturally All Courts are
BOUND by the Constitution and Statutory Laws as Authoritative Answer. Pursuant to
Teague v. Lane, 489 U.S. 288, 309 (1989). This Case clearly establishes prejudicial

damages to Evidence, Witnesses, Erosion of Memory that occur with the passage of time. Kuhlman v. Wilson (1986) 477 U.S. 436, at 453, clearly established prejudice to government cases, and diminish the chance of a reliable criminal adjudication. Pursuant to United States Constitution AMENDMENT XIV, This entitlement IS an Absolute Right to U.S. Citizens, It's Clarified as Equal Protection of Law, Due Process of Law and Meaningful Access to Courts. By Suspension of U.S. Constitution ARTICLE I, sec. 9 cl. 2, The privilege of the Writ of Habeas Corpus SHALL NOT BE SUSPENDED. This IS a Constitutionally Guaranteed Right to ALL U.S. Citizens. The State of California Supreme Court has willfully with evil intent VIOLATED This Constitutionally Guaranteed Right in each and every Capital Case. This clearly establishes a Minority Class of Citizens.

The State Attorney Generals Office in Richard John Vieira v. Robert K. Wong, Case No. 1:05-CV-01492 OWW (DP); Clearly establishes this deliberate Suspension ["Denial of Constitutionally Guaranteed Rights by One Acting Under Color of Law"] as a pattern of practice in Violation of Both The United States and State of California's CONSTITUTIONS and Statutory Laws. These same Violations are clearly identified in this Case at Bar. Further, The State Attorney General DEMANDS This U.S. District Court to support these Criminal Acts by accepting procedural defaults that were Created by Conspiracy to Violate Constitutionally Guaranteed Rights by Agents Acting Under Color of Law, pursuant to Title 18 U.S.C. §§241 and 242.

Take Judicial NOTICE of the Following DEMANDS OF LAW pursuant to:

Title 18 U.S.C. §1503: "Influencing or injuring officer or juror generally".

> (a) Whoever corruptly, or by threats or force, or by any threatening letter or communication, endeavors to influence, intimidate, or impede any grand or petit juror, or officer in or of any court of the United States or officer who may be serving at any examination or other proceding before any United States magistrate judge or other committing magistrate, in the discharge of his duty, or injures any such grand or petit juror in his person or property on account of any verdict or indictment assented to by him, or on account of his being or having been such juror, or injures any such officer, magistrate judge, or other committing magistrate in his person or property on account of the performance of his official duties, or corruptly or by threats or force, or by any threatening letter or communication, influences, obstructs, or impedes, or endeavors to in-

30

fluence, obstruct, or impede, the due administration of justice, shall
be punished as provided in subsections(b). If the offense under this
section occurs in connection with a trial of a criminal case, and the
act in violation of this section involves the threat of physical force
or physical force, the maximum term of imprisonment which may be imposed
for the offense shall be the higher of that otherwise provided by law or
the maximum term that could have been imposed for any offense charged in
such case.

(b)——The punishment for an offense under this section is

    (1) in the case of a killing, the punishment provided in section 1111
and 1112 [18 USCS §§1111 and 1112];

    (2) in the case of an attempted killing, or a case in which the offence
was committed against a petit juror and in which a class A or B felony
was charged, imprisonment for not more than 20 years, a fine under this
title, or both; and-

    (3) in any other case, imprisonment for not more than 10 years, a fine
under this title, or both.

Title 18 U.S.C. §1512: "Tampering with a witness, victim, or an informant".

    (a)(1)  Whoever kills or attempts to kill another person, with intent to-
      (A) prevent the attendance or testimony of any person in an official
proceeding;

      (B) prevent the production of a record, document, or other object,
in an official proceeding; or

      (C) prevent the communication by any person to a law enforcement
officer or judge of the United States of information relating
to the commission or possible commission of a Federal offense
or a violation of conditions of probation, parole, or release
pending judicial proceedings;

    (2)  Whoever uses physical force or the threat of physical force
against any person, or attempts to do so, with intent to--

      (A) influence, delay, or prevent the testimony of any person in
an official proceeding;

      (B) cause or induce any person to--

        (i)  withhold testimony, or withhold a record, document or other
object, from an official proceeding;

        (ii) alter, destroy, mutilate, or conceal an object with intent to
impair the integrity or availability of the object for use in an
official proceeding;

        (iii) evade legal process summoning the person to appear as a wit-
ness, or to produce a record, document, or other object, in an
official proceeding; or

        (iv) be absent from an official proceeding to which that person
has been summoned by legal process; or

      (C) hinder, delay, or prevent the communication to a law enforcement of
officer or judge of the United States of information relating to the
commission or possible commission of a Federal offense or a violation
of conditions of probation, supervised release, parole, or release
pending judicial proceedings;

    shall be punished as provided in paragraph (3).

    (3) The punishment for an offense under this subsection is--

      (A) in the case of a killing, the punishment provided in sections

1111 and 1112 [18 USCS §§1111 and 1112];

(B) in the case of--
(i) an attempt to murder, or
(ii) the use or attempted use of physical force against any person;
imprisonment for not more than 30 years; and
(C) in the case of the threat of use of physical force against any per-
son, imprisonment for not more than 20 years.

(b) Whoever knowingly uses intimidation, threatens or corrupty pursuades
another person, or attempts to do so, or engages in misleading con-
duct towards another person, with intent to--
(1) influence, delay or prevent the testimony of any person in an
official proceeding;
(2) cause or induce any person to--
(A) withhold testimony, or withhold a record, document, or other
object, from an official proceeding;
(B) alter, destroy, mutilate, or conceal an object with intent to
impair the object's integrity or availability for use in an
official proceeding;
(C) evade legal process summoning that person to appear as a witness,
or to produce a record, document, or other object, in an official
proceeding; or
(D) be absent from an official proceeding to which such person
has been summoned by legal process; or
(3) hinder, delay, or prevent the communication to a law enforcement
officer or judge of the United States of information relating to
the commission or possible commission of a Federal offense or a
violation of conditions of probation, supervised release, parole,
or release pending judicial proceedings:
shall be fined under this title or imprisoned not more than 20
years, or both.

(c) Whoever corruptly--
(1) alters, destroys, mutilates, or conceals a record, document, or
other object, or attempts to do so, with the intent to impair
the objects integrity or availability for use in an official pro-
ceeding; or
(2) otherwise obstructs, influences, or impedes any official proceeding,
or attempts to do so,
shall be fined under this title or imprisoned not more than 20 years,
or both.

(d) Whoever intentionally harasses another person and thereby hinders,
delays, prevents, or dissuades any person from--
(1) attending or testifying in an official proceeding;
(2) reporting to a law enforcement officer or judge of the United
States the commission or possible commission of a Federal offense
or a violation of conditions of probation, supervised release,
parole, or release pending judicial proceedings;
(3) arresting or seeking the arrest of another person in connection
with a Federal offense, or
(4) cause a criminal prosecution, or a parole or probation revocation
proceeding, to be sought or instituted, or assisting in such pro-
secution or proceedings;
or attempts to do so, shall be fined under this title or imprisoned
not more than three years, or both.

(e) in a prosecution for an offense under this section, it is an aff-
irmative defense, as to which the defendant has the burden of proof by

a preponderance of the evidence, that the conduct consisted solely
of lawful conduct and that the defendant's sole intention was to
encourage, induce, or cause the other person to testify truthfully.
 (f)   for the purposes of this section--
   (1)  an official proceeding need not be pending or about to be in-
stituted at the time of the offense; and
   (2)  the testimony, or the record, document, or other object need not
be admissible in evidence of free of a claim of privilege.
 (g)  In a prosecution for an offense under this section, no state of mind
need be proved with respect to the circumstance--
   (1)  that the official proceeding before a judge, court, magistrate,
grand jury, or government agency is before a judge or court of the
United States, a United States magistrate [United States magistrate
judge], a bankruptcy judge, a Federal Grand jury, or a Federal
Government agency; or
   (2)  that the judge is a judge of the United States or the law enforcement
officer is an officer or employee of the Federal Government or a per-
son authorized to act for or on behalf of the Federal Government or
serving the Federal Government as an advisor or consultant.
 (h)  There is extraterritorial Federal jurisdiction over an offense
under this section;
   (i)  a prosecution under this section or section 1503 [18 USCS §1503] may
be brought in the district in which the official proceeding (whether
or not pending or about to be instituted) was intended to be affected
or in the district in which the conduct constituting the alleged off-
ense occurred.
 (j)  If the offense under this section occurs in connection with a trial
of a criminal case, the maximum term of imprisonment which may be im-
posed for the offense shall be the higher of that otherwise provided
by law or the maximum term that could have been imposed for any offense
charged in such case.
 (k)  Whoever conspires to commit any offenses under this section shall be
subject to the same penalties as those prescribed for the offense the
commission of which was the object of the conspiracy.

The illegal Suspension of Collateral Challenge/Habeas Corpus in Capital Cases in

State of California, By the State of California's Supreme Court. Directly supported

by State of California's Attorney Generals Office areunlawful acts committed corruptly,

in endeavor to Impede or Obstruct the Due Administration of Justice, and proper Crit-

erion to apply to acts is Their reasonable tendency to Obstruct honest and fair Admin-

istration of Justice. Courtel v. United States, (1968, CA.9 Cal.) 390 F.2d. 521, cert.

den. (1968) 393 U.S. 857; 21 L.Ed.2d 126; 89 S.Ct. 98, reh den. (1968) 393 U.S. 992;

21 L.Ed. 457, 89 S.Ct. 440.

Although specific provisions of 18 U.S.C. §1503 relate to tempering, by corruption,

threats, or force, with sources of evidence extrinsic to the Actor, Final All-embra-

cive language prescribes ALL Conduct which corruptly influences, Obstructs, or Impedes Due Administration of Justice. United States v. Cohn, (1971, CA.2 NY) 452 F.2d. 881, cert. den. (1972) 405 U.S. 975' 31 L.ed.2d 249; 92 S.Ct. 1196.

Pursuant §1512(b)(1)(2)(A)(B)(C)(D); The California State attorney Generals Office Demands Exhaustion to correct errors and or mistakes. However, There is NO SUCH COMITY when State Government Acts in Violation of Constitutionally Guaranteed Rights with Corrupt Intent to Impede the Due administration of Justice.

Now viewing the Acts of The California Supreme Court, Experts in Law, This pursuant to Educational, experience, and a Professional Functionable Office of the Court for Many Years.

(1) To suspend Collateral Challenge/Habeas Corpus until AFTER Direct Appeal, in violation of California's Constitution, Common Law. and statutory Laws; and also in Direct Violation of the Constitution, Statutory Laws and Treaties of The United States.

(2) Now prior to having counsel appointed for Direct Appeal the Legal Process is Suspended 3 to 6 Years for the Appointment of Counsel for The Direct Appeal Only.

(3) Only upon Filing of the Direct appeal Brief are Petitioner's placed upon yet another **SUSPENSION** for 8 to 10 Years for the Appointment of Habeas Corpus/-Clemancy Review Counsel.

At this point irreversable Damages are perfected by California Supreme Court by the Violations to Constitutionally Guaranteed Rights. A Collateral Challenge to the Validity of Illegal Conviction supported with evidence which clearly establishes conviction as fruit of a crime. Creates Authoritative Demands in the Constitution and Statutory Laws. Whereas Suspending Habeas Corpus/Collateral Challenge Until AFTER DIR-ECT APPEAL reduces the Issues at Bar to discretionary adjudication directly due to the failure to RAISE the Issues on Collateral Challenge to Validity of Conviction.

34

Collateral Challenge to the Validity of Conviction should be raised "prior" to Direct Appeal. The Adjudication of Collateral Challenge to the Validity of Conviction may clearly present the Authoritative Answer, Reducing Judgment to Void Judgment. It may well expand the Complete Record on Direct Appeal also. However, once Challenge to Validity of Conviction, supported with evidence is presented, The Burden "shifts" to the Government to Validate OR The Writ has to be GRANTED.

This clearly establishes a Conflict of Interest as the Court's Illegal Act Suspends to Remove the Authoritative Answer in Law. Therefore a denial is mandatory, or admit 10 to 20 Years of false imprisonment was a creation of the California Supreme Court's violation of Constitutionally Guaranteed Rights Under Color of Law. These Violations clearly establish Corrupt Acts to Obstruct and Impede The Due Administration of Justice. At 20 to 25 Years AFTER TRIAL when Federal Courts allow investigation and evidentary hearing. Teague v. Lane, 489 U.S. 288, 309 (1989).

Further by California Supreme Court's Own Admission, They dictate the Defense to be investigated by allowing payment to only approved issues. Once again, in Capital Cases it would demand Full Review and Investigation into ALL Issues at Bar. However, Not at the cost-of-finding the Illegal Suspension, establishing the Violations of Title 18 U.S.C. §§241 and 242.

In viewing California supreme Court's promulgated policies 68562(b). This rule clearly IS FALSE, and only created to issue the illusion to illuminate compliance to Demands of Constitution to Self Representation. See Brasure v. Wong, CV-09-7026 PSG. NO Hearing was offered by the California Supreme Court to Brasure as his rejected offer of Appointed Counsel. Rather Counsel Appointed by the California Supreme Court IS A DEMAND in Violation of Their Own Rules/Policies.

Viewing Shove v. State of California, S164093, Collateral Challenge/Habeas Corpus FILED June 4, 2008. Several Motions to Compel Judgment, Expedited Review, and Summary Judgment all Filed Properly. To this date NO INITIAL INTAKE ORDER ever issued. Rather

Collateral Challenge/Habeas Corpus is Clearly Suspended; Due Process Denied, Equal
Protection of Law Denied, Meaningful Access to the Courts Denied. NO Hearing by The
California Supreme Court, No Appointment of Counsel pursuant to California Supreme
Court Rules.

Now Viewing California Supreme Court's promulgated Policies Rule 68663: This
Case at Bar and Petitioner at hearing will present several hundred cases which, clear-
ly have the same Attorney appointed at Direct Appeal, Post-Conviction, and Federal
Habeas Corpus. So it clearly establishes California by Acting Under Color of Law VIO-
LATE Constitutionally Guaranteed Rights in ALL Capital Cases. They fail to properly
Obey Their Own Rules of Procedure of which They promulgated. This clearly Demonstrates
Violations of Constitutional  and statutory Laws and Treaties  of the United States.

In viewing These Newly promulgated Policies, Rules, Laws, Procedure Created by Cal-
ifornia Supreme Court. Appointed Legal Counsel agrees to withhold evidence of which
demands proper legal remedy to be Collateral Challenge to Validity of Illegal Convic-
tion. This by Appointment, by California Supreme Court to defense attorney to acc-
ept and support violations of Constitutionally Guaranteed Rights, for financial gains.

Viewing Title-18-U.S.C. -§1512(b):

> (b)  "Whoever Knowingly uses intimidation or physical force,
> threatens or corruptly pursuades another person, or attempts
> to do so, or engeyes in misleading conduct towards another
> person, with intent to--
>   (2) A:  Withhold testimony, or withhold a record, document,
>       or other object from official proceedings;
>     B:  Alters, destroys, mutilate, or conceals an object
>       with intent to impare the objects integrity or avail-
>       ability for use in an official proceeding;
>     C:  evade legal process summoning that person to appear
>       as a witness, or to produce a record, document, or other
>       object in official proceedings
> (c)   Whoever intentionally harasses another person and hinders,
>   delays, prevents, or dissuades any person from--
>   (1) attending or testifying in an official proceeding,
>   (2) reporting to a law enforcement officer or a judge of
>     the United States."

Clearly Capital Cases are denied due process to Collateral Challenge/Habeas Corpus
to Validity of illegal conviction. Further these Actions cause a Delay up to 20 to 25

Years. see in re; Teague, 489 U.S. 288, 309, "And when a habeas petitioner succeeds in obtaining a New Trial, The *Erosion* of Memory and Dispersion of Witnesses, Destruction of Evidence that occur with the passage of time, Kuhlmann (1989) 477 U.S. 436 at 453, "Prejudice The Government and Diminishes the Chances of a reliable Criminal Adjudication". Clark, 5 Cal.4th at 777 (quoting McClesky v. Zant) 499 U.S. 467, 491 (1991).

The Attorneys who accept these terms, by Appointment by California Supreme Court. Clearly Represent the California Supreme Court by accepting illegal legal process, which violates the Constitutionally Guaranteed Rights of Their Clients. The Retainer demands what issues to be raised, investigated, and presented. Further Retainer demands the Acceptable Legal Process to be persued, and this is to include Suspension/Delays of Constitutionally Guaranteed Rights. However Our Acceptable Legal Principles of Law utilized to Create Criminal Justice System and insure Due Process of Law, Equal Protection of Law, and Meaningful Access to Courts is clearly VIOLATED.

Now viewing the intent of this Act of which completely Violates ALL Principles of Law, Constitutional Law, Statutory Law, and Treaties of the United States. There is NO Acceptable Value in-the-Actions by the California Supreme Court, to The Sovereignty of the State of California or The United States. By and through California Supreme Court's promulgated policies, actions, violations of Criminal procedure, Constitutionally Guaranteed Rights, Statutory Laws ALL Defense Attorneys in Capital Cases in the State of California are prejudice. The Highest Court in California with Judicial Authority over All Other State Courts have acted with evil intent to prejudice All Capital Cases, by deliberately Denying Constitutionally Guaranteed Rights. In viewing the promulgated policies by California Supreme Court, pattern of practice to evade, Violate Constitutionally Guaranteed Rights, Kindler, 130 S.Ct. at 620 (Kennedy, J. , concurring) (emphasis added) "whatever can be accomplished through intimidating or influencing witnesses, jurors, or Court Official is labled by 18 U.S.C. §1503 as Obstruction of

37

Justice for reasons that each of these actors has certain duties imposed by law, and interference can occur despite absence of any personal contact with juror, witness, or Official". United States v. Howard (1978, CA.5 La.) 569 F.2d 1331, cert. den. (1978) 439 U.S. 834, 58 L.Ed.2d 130; 99 S.Ct. 116.

Administration of Justice: means, performance of Acts or Duties REQUIRED BY LAW in discharge of that Duty, One may obstruct justice by merely failing to aid, but to Obstruct the administration of Justice requires something more than nonaction. Rosner v. United States, (1926 CA.2 NY) 10 F.2d.675.

18 U.S.C. §1503: prescribes only that which produces or which or is capable of producing effect that presents Justice from being duly administered. Cole v. United States (1964 CA.9 Cal.) 329 F.2d. 437, cert. den. (1964) 377 U.S. 954; 12 L.ed.2d 497; 84 S.Ct. 1630.

Clearly the Demands of Collateral Challenge to Validity are the Legal Process for which to Challenge Illegal Conviction. The California Constitution provides for these same safeguards as a Matter of Law, by Constitutionally Guaranteed Rights. When California's Supreme Court Acts to Violate the Constitution, Statutory Laws and Treaties. They Created a Demand upon The U.S. District Courts to Safeguard individual Freedoms against arbitrary and lawless State Actions. Petitioner has clearly presented undisputable evidence that State Appointed Defense Counsel, was Retained to evade, violate Constitutional Rights of Petitioner. Conspiracy is clearly established pursuant to 18 U.S.C. §241 by paid Retainer by State of California Supreme Court to Violate Petitioner's Due Process Rights Under Color of Law.

The State Attorney Generals Office et al. Clearly have a Duty to the Sovereignty to Create Corrections, even by Judicial Branch of State Government. This is a Demanded DUTY by Oath of Office, Officer of the Court, And the State's Highest Legal Officer.

"Misuse of Power, possessed by virtue of State Law and made possible only because wrongdoer is Clothed with Authority of State Law, IS Action taken Under Color of

38

State Law within meaning of predecessor of 18 U.S.C. §242 making it an Offense to De-
prive Inhabitant of State of Constitutional Rights Under Color of Any Law." United
States v. Classic (1941) 313 U.S. 299; 85 L.Ed. 1368; 61 S.Ct. 1031 reh den. (1941)
314 U.S. 707; 86 L.Ed. 565; 62 S.Ct. 51; Monell v. Dept. of Social Services (1978) 436
U.S. 658; 56 L.Ed.2d 611; 98 S.Ct. 2018; 17 BNA-CAs-873; 16-CCH-EPD-8345; as stated
in Scott v. Rossenburg, (1983 CA.9 Cal.) 746 F.2d 1377.    .

"The elements of an offense under 18 U.S.C. §242 are (1) The action was taken
Under Color of State Law; (2) Willfully to deprive rights protected by the Constitu-
tion and or Laws of the United States; (3) From an inhabitant of any State of the Un-
ited States", United States v. Fleming (1975) 423 U.S. 1083; 47 L.ed.2d 93; 96 S.Ct.
872.

"Predecessor of 18 U.S.C. §242 making it a Federal Offense to willfully deprive
any person Under Color of Law of Any Rights, Privileges, or Immunities "Secured" or
"Protected" by The Constitution and/or Laws of the United States, does not come into
play merely because law under which officer purports to act is violated, But IS App-
licable only when someone is deprived of Federal Right by such action", Screws v. Un-
ited States (1945) 325 U.S. 91; 89 L.Ed. 1495; 65 S.Ct. 1031, 162 ALR 1330.

Both 18 U.S.C. §241, Which makes Conspiracy to interfer with Citizens free exercise
or enjoyment of ANY Right or Privilege secured to him by The Constitution or Laws of
The United States a Federal Offense, And 18 U.S.C. §242 Which makes it a Federal Off-
ense to willfully deprive any person Under Color of Law of the Same Rights, include,
presumably ALL of Constitution and Laws of the United States. United States v. Price
(1966) 383 U.S. 787; 16 L.Ed.2d 267; 86 S.Ct. 1152 (ovrld. on other grounds) Adicked
v. S.H. Kress & Co. (1970) 398 U.S. 194; 26 L.Ed.2d 142; 90 S.Ct. 1598; Gresham Park
Community Organization v. Howell, (1981 CA.5 Ga.) 652 F.2d. 1227.

This Case clearly demonstrates the Demands for Collateral Challenge as evidence
clearly demonstrates the Trial was was perfected before a Trial Judge who clearly est-

ablishes the elements of Obstruction of Due Administration of Justice. The Record will reflect Defense Counsel perfected NO Trial preparation, No investigation, No interviews of alleged witnesses, No examination of experts of evidence, and refused to discuss Case with Petitioner.

It should be noted that Trial Counsel went beyond No Action, as attempts were made to undermine Case. The Defense Counsel at Trial Level Failed to perfect Any Meaningfull Defense at Trial. In viewing Habeas Corpus in re: RICHARD J VIEIRA-v- WONG , Case No. 1:05-CV-01492 AWI . Naturally even these are extremely limited as the Suspension of " 17 " plus Years has created Loss of Evidence, Errosion of Memory, and Natural Death has deprived Meaningful Investigation. This HARM IS IRREVERSABLE and perfected by California Supreme Court by the DENIAL of Constitutionally Guaranteed Rights Under Color of Law. The Action demonstrates by State of California's Supreme Court are well addressed in Harris v. Nelson, 394 U.S. 286.

> "The Writ of Habeas Corpus is the fundamental instrument for safeguarding individual freedoms against arbitrary and lawless State actions. It's pre-eminent role is recognized by the admonition in the Constitution that "The Writ of Habeas Corpus SHALL NOT BE SUSPENDED", U.S. Const. Art. I sec. 9 cl.2. The scope and flexibility of the writ its capacity to reach all manner of illegal detention - its ability to cut through barriers of form and procedural mazes - has always been emphasized and jealously guarded by courts and law makers. The very nature of the writ demands that it be administered with the initative and flexibility essential to ensure that miscarriages of justice within its reach are surfaced and corrected".
>
> "As Blackstone phrased it, habeas corpus is the "Great and Effecacious Writ", in all manner of illegal confinement. As this Court said in Fay v. Noia, 377 U.S. 391, 401, 402; 9 L.Ed.2d 837, 846; 83 S.Ct. 822 (1963) The Office of the writ is to provide a prompt and efficacious remedy for whatever society deems to be intolerable restraints", see Payton v. Rowe, 391 U.S. 54, 65-67; 20 L.Ed.2d 426, 433-434; 8 S.Ct. 1549 (1968).

The California Supreme Court deliberately acted to VIOLATE Constitutional Rights, Laws, and Treaties of The United States to False Imprison U.S. Citizens. Viewing in re: Browning, 79 Cal.App. 3d. 320, Where Authoritative Answer Demands Certain Action Courts Are Bound to Obey (Id.). Clearly California Supreme Court has Limited this Ill-

egal act to Capital Cases. Capital Cases which clearly demand expedited review by
California's Supreme Court, and yet on average takes 20 plus Years to obtain Federal
Review. By the Suspension of Collateral Challenge to deliberately create procedural
bars, procedural defaults and Untimeliness defaults to Bar Federal Review; It should
be noted the California Attorney Generals Office Demands these Defaults Be ACCEPTED
by the U.S. Courts. Further, The State Attorney General Demands that The U.S. Courts
are controled and LIMITED Review and Disposition by the requirements of the A.E.D.P.A.
Expedited Review provisions of the Antiterrorism and Effective Death Penalty Act of
which Requires by Mandate that State Rule of Court or Statute provide standards of
"competency" for Appointment of Counsel in Unitary Review Proceedings implicitly in-
clude requirements that standards be binding and MANDATORY. Ashmus v. Woodford, 202
F.3d 1160 (9th. Cir. 2000). However this demand by the State Attorney Generals Office
to the U.S. Courts to review by standards of review pursuant to A.E.D.P.A. WAS DENIED
by the Ninth Circuit Court of Appeals. Competency of Collateral Challenge Counsel,
amoung Other Failures BARS the opt-in By California to the A.E.D.P.A. Requirements.

Clearly the Honorable Reinheardt addresses this and many other issues of which
are directly related to California's abilities to comply with U.S. Laws, Constitu-
tion and Treaties. see Phelps v. Alamedia (2009) U.S. App. LEXIS 13685 (9th. Cir. Cal.).

> "Congress sought to interpose the Federal Courts between the
> States and The People, as Guardians of the Peoples Federal Rights
> to protect the people from unconstitutional action. Reed v. Ross, 468 U.S.
> 1, 10; 104 S.Ct. 2910; 82 L.Ed.2d 1 (1984)(quoting Mitchum v. Foster
> 407 U.S. 255, 243; 92 S.ct 2152; 32 L.Ed.2d 705 (1972) .).
> Even after the enactment of the A.E.D.P.A., The writ of Habeas
> Corpus plays a vital role in protecting Constitutional Rights, Slack
> v. McDaniel, 529 U.S. 483; 120 S.Ct 1595; 145 L.Ed.2d 542 (2000).
> For that reason,The Supreme Court has emphasized that "dismissal"
> of a First Federal habeas corpus petition is particularly serious
> matter, for that dismissal denies the petitioner the protections of
> The Great Writ entirely, risking injury to an important interest in
> Human Liberty. Lonchar v. Thomas, 517 U.S. 314, 324; 16 S.Ct. 1293;
> 134 L.Ed.2d 440 (1996).
> The United States Supreme Court has made clear that equitable
> power embodied in Rule 60(b) is the "Power to Vacate Judgment" when-
> ever such action is appropriate to Accomplish Justice. Given That Dir-
> ective, We Agree that the decision to Grant Rule 60(b) Relief must be

measured by the incessant command of the Court's conscience that
Justice be Done in light of all the facts.
    Phelos' case represents the epitome of out obsession with Form
over substance. For Over ELEVEN YEARS, Phelps has sat in prison
while He and his attorneys have struggled to have his claims that
He is being imprisoned in violation of the Constitution evaluated
on its merits. Phelps has traveled up and down the federal judic-
iary's apparatus Three Separate Times. In so doing, he has produced
nearly four-hundred pages of legal briefs, motions and petitions.
His arguments have been evaluated by no less than Twelve Federal
Judges and Nine Supreme Court Justices--not including his petitions
for rehearing en banc which were Reviewed by Every Judge of This Court.
    Yet, in all of this time, not a single federal judge has once ex-
amined the substance of Phelps' claims. All of this energy-and more
importantly to Phelps, all of this time--has been spent evaluating
one procedural question after another.
    Over Eleven Years ago, a man came to federal court and told a
Federal Judge that he was being unlawfully imprisoned in violation
of the Rights guaranteed to him by the Constitution of the United States.
More than Eleven Years Later, not a "single Federal Judge" has ever once
been allowed to seek to discover whether that Claim is TRUE".

Habeas Corpus is a proceeding in which a liberal judicial attitude is peculiarly

appropriate in view of broadly remedial nature of writ. Stewart v. Overholster, 1950,

186 F.2d 339, 87 U.S. App. D.C. 402.

Constitution confers a substantial right to habeas corpus which CANNOT BE DENIED

by an omission in this section, and any such construction should, if possible, be

avoided. Kinnell v. Warner, D.C. Hawaii (1973), 356 F.Supp. 779.

Habeas Corpus was a common-law writ prior to its Statutory establishment by the

Habeas Corpus Act of May 27, 1679, and was recognized in the Federal Constitution and

regulated by former §§451 to 466 [NOW §§2241 et seq.] of this title. Sunal v. Large,

C.C.A.W. Va. 1946, 157 F.2d 165, affirmed 67 S.Ct. 1588; 332 U.S. 174; 91 L.Ed. 1982,

rehearing denied 68 S.Ct. 29; 332 U.S. 785; 92 L.Ed. 368, rehearing denied 68 S.Ct.

895; 333 U.S. 877; 92 L.Ed. 1152.

By express provisions of former §451 of this Title (Now this section), The Dist-

rict Court had jurisdiction to issue the writ of habeas corpus, but the Duty of the

Court to grant or refuse it depended upon the Facts of each case. Filer v. Steele,

D.C. Pa. 1915, 228 F.242, affirmed 36 S.Ct. 550; 241 U.S. 648; 60 L.Ed. 1220.

It should be noted the Issues at Bar were presented to the California Supreme Court, by and through Writ of Habeas Corpus by Petitioner in good faith on May 16, 2011. California's Supreme Court DEFAULTED by Refusal to Issue an Intake Order and/-or ANY OTHER ORDERS. However The time tolls at point Writ of Habeas Corpus is properly FILED before the Court. see [ EXHIBIT /A-p- H ].

The exhaustion doctrine, relative to federal habeas petitions, does not require repetitious applications to the State Courts, its function is simply to provide a State Court the initial opportunity to pass on and correct alleged violations of Constitutional Rights. Thibodeau v. Com. of Mass, D.C. Mass. 1977, 428 F.Supp. 542.

Habeas Corpus lies to test proceedings so fundamentally lawless that imprisonment pursuant to them is not merely erroneous but IS VOID, and , Therefore, res judicata is inapplicable in a habeas corpus proceedings. Fay v. Noia, N.Y. 1963, 83 S.Ct. 822, 372 U.S. 391; 9 L.Ed.2d 837.

In the end, The answer to the question presented is clear. Petitioner contends that They are being held in custody in violation of the laws of The United States. No party questions the District Court's jurisdiction over Petitioner's Custodians. Braden, 410 U.S. 495; 35 L.Ed.2d. 443; 93 S.ct 1123, Section §2241, by its terms, requires Nothinmore. We thereofre hold that §2241 confers on the District Court Jurisdiction to Hear Petitioner's Habeas Corpus Challenges to the Legality of Their Detention. Rasul v. Bush, (2004) 542 U.S. 466; 159 L.Ed.2d 548; 124 S.Ct. 2686.

The Petitioner a mere pro se Litigant comes before this Honorable Court presenting Facts. The outline of these facts are correctly supported with evidence of which This Court has to determine. If this presentation actually presented a prima facie case of which would Aid in this Honorable Court's Appellate Jurisdiction. Further the prima facie case has to raise serious question, if Petitioner is in custody in violation of Constitution, Statutory Laws and/or Treaties of The United States.

Please take into consideration the professional integrity and infrastructure of

our criminal justice system. Considering also the professionalism of Officers of Court, Defense Counsel, Prosecution Attorneys, and Trial Courts. Now as its related to Capital Cases of which the outcome may well demand the execution of a Human Being, Based upon Truth, Facts, and Reliance upon very strict Compliance to Duties Owed to the Constitution, Laws, Ethical Conduct, and most of all Justice. As a Duty Owed to One with Vested Authority to Act in behalf of the People by Government Position.

Viewing the totality of Evidence and Demands of Legal Procedure The California Supreme Court clearly has manipulated the Federal Courts to support the evasion of Constitutionally Guaranteed Rights. Kindler, 130 S.Ct. at 620 (Kennedy, J. concurring).

This is once again CERTIFIED by a Letter from the California Supreme Court's Chief Justice Ronald M. George, and co-authured by The Honorable Circuit Judge Arthur L. Alarcon of the U.S. Court of Appeals addressed to: Edmund G. Brown Jr. as the California Attorney General. The manipulation to evade Constitutionally Guaranteed Rights are well established bythis signed confession of Both Jurist at State and Federal Levels. [see EXHIBIT/A$\rho$ F ]. It should also be noted that the California Attorney Generals Office DEMANDS The U.S. Courts Accept ALL Procedural Defaults without question by State Court. Further California Demands Review by the U.S. Courts have to be Limited to Minimal Scope Allowed by the A.E.D.P.A. However, The State of California IS NOT NOW, Nor EVER OPTED INTO Certification to be deemed exceptable. The California Attorney Generals Office Demands Defaults by the California Supreme Court Are Accepted unconditionally, and Supports the Suspension of Habeas Corpus to Create Defaults in violation of 18 U.S.C. §§241 and 242, And 18 U.S.C. §§1503, 1512, 1621, 1622, 1623. Clearly announced by the Chief Justice Ronald George, "There is No Expedited Review of Capital Cases as Demanded by Law.

To Bar Access to Courts to Challenge Illegal Convictions, By SUSPENSION of Habeas Corpus IS CRIMINAL ACT and VIOLENT CRIME pursuant to 18 U.S.C. §§241 and 242. This reduces Any Meaningful Act for Corrections within the State of California's Criminal

44.

Justice System. Clearly This Obstructs and Impedes The Due Administration of Justice, By preventing any meaningful Investigation into Issues, Evidence, Witnesses of which are Demanded by Defense to Obtain Evidentary Hearing. The Delays also create a Safe Haven for Illegal Acts to Obtain Illegal Conviction, and supports a pattern of prac-tice to evade Demands of Constitution, Statutory Laws and Treaties of the United States.

Taking into analysis all Facts presented California Supreme Court deliberately creates these delays for 20 to 30 Years, But ONLY in Capital Cases. Note: Capital Cases DEMAND EXPEDITED REVIEW; Note: Capital Cases are the most serious cases within our Criminal Justice System of which the State of California Demands EXECUTION of a Human Being. Note: California's Attorney Generals Office supports California's Supreme Cou-rt in creating These Illegal SUSPENSION: Then Demands The U.S. Courts ACCEPT and "Hon-or" Procedural Defaults, Defaults, Untimeliness Defaults. Note: The California Attor-ney Generals Office Demands the U.S. Courts to take into consideration the damages created by the passage of time. Naturally they claim These Delays prejudice Their Case and diminish any prosecution for retrial and or any reliable adjudication.

Further Evidence undisputable by this Honorable Court, as Facts are based upon U.S. Adjudication. California Supreme Court is REVERSED 73.1% But Only in Capital Cases. Naturally it would create even a higher rate absent of U.S. Courts accepting proced-ural bars, untimliness bars. It should be noted that this Rate of Error is Only in Capital Cases where 73.1% of California's Supreme Court's Rulings ARE REVERSED. Calif-ornia's Trial Courts "Superior Courts" are REVERSED 83.1% in their Capital Convictions Only. The average in all other aspects of law is less than 12%, But JUMPS to 83.1% in the Trial Courts, and 73.1% in California Supreme Court Just in Capital Cases.

California's Supreme Courts SEVEN Experts in Law Affirm 90% of Capital Convictions on Direct Appeal, and DENIES 95% of Capital Habeas Corpus', The Highest Rate in ALL The United States. The California Supreme Court MAINTAINS the Highest Error Rate in the United States in Capital Cases Alone.

45.

Viewing The Facts, California's Supreme Court Chief Justice M. Lucas, and Later
Chief Justice R. George made similar statements in comparrison to Attorneys within
California who are approved to Defend in Capital Cases at Trial, Direct Appeals and
Habeas Corpus. (quoting The Daily Journal Corporation: Who quotes Chief Justice M.
Lucas)

"What we do in California compared to what happens in Other States
is night and day. We spend tens of thousands of dollars on a trial with
TWO [defense] Lawyers, and then take five to six times longer than in
Other States. The Same Thing is true of Appellate Review. We have Very
Skilled Judges trying these death penalty cases; We expend a greate deal
of energy in processing of these cases. I'm satisfied we have done all
we can to make sure that the result is fair".

quoting: Chief Justice R. George:

"In California we have the top professionals in the feild of law
both in judges and attorneys. They are the top professionals in trial pre-
paration, investigations, examination of evidence, witnesses and highly
skilled professionals in trial. This is supported by Our Record of AFFIRMING
90% Convictions in Capital Cases, and DENYING 95% of Capital Case Habeas
Corpus Petitions, Not like in Other States where Any Warm Body will do".

Now see: In re AVENA, 12 Cal. 4th. 694 (1996) (Opinion by Chief Justice M. Lucas).

"Carlos Jamie Avena was sentenced to die after double-murder trial in which
the lawyer appointed to represent him devoted a total of 53 hours over a
10 month period to prepare the case for trial. There was NO second Attorney
appointed, The attorney did NO pretrial investigation, Interviewed No Wit-
nesses, Made No pretrial motions, Made No examination into the evidence,
rather relied completely on Prosecutor to present Case".

Trial Counsel made Avena wear jail clothes (jumpsuit) into trial at all proceedings.
Trial Counsel "waived" openning statement, called no witnesses for defense. Defense
Counsel did not address the two murders nor special circumstances in a very brief clo-
sing statement. Trial Counsel referred to Avena as a "spic/wetback". Declarations from
Jurors attest to No Defense, No penalty phase presentation or witnesses, and Avena's
Family was barred from the Court by Trial Attorney. Declaration by Defense Counsel's
mistress as to the Intentional Acts to get Avena Convicted all were supported within
the Record. And Chief Justice M. Lucas created the Legal Opinion to AFFIRM Avena's
Conviction and Deny State Habeas Corpus, stating, "Trial Counsel was neither totally
absent nor, prevented from assisting Petitioner at Trial".

46

SEVEN EXPERTS IN LAW, Violate California's and The United States Constitutions by Deliberately SUSPENDING Habeas Corpus/Collateral Challenge to the Validity of Convictions. This is to deliberately Create procedural defaults, untimeliness defaults and protect Those Who Acted Under Color of Law to Violate Constitutionally Guaranteed Rights and Obtain Illegal Convictions.

California's Supreme Court Suspends Appointment of Counsel for 3 to 6 Years and this for the Direct Appeal Only. Upon filing Reply Briefs in Direct Appeal 10 to 15 Years After Conviction, Yet another waiting list to Suspend Habeas Corpus for 8 to 10 Years for the Appointment of Habeas Counsel. NO Self Representation is accepted by California Supreme Court in Violation of Their Own Rules. Further by Suspension of the Collateral Challenge, Defaults are perfected.

California Supreme Court requests California's Appellate Project to FILE Shell Petitions for Habeas Corpus to deliberately manipulate and evade Constitutionally Guaranteed Rights to proceed to U.S. Courts by Demands of Comity. Comity is ONLY related to inadvertent error and or mistake, This Illegal standard of practice is **neither.**

The process presented clearly establishes a State within The Union of The United States who deliberately Act to Violate The Constitution, Statutory Laws and Treaties of The United States of America. This process is Directly Related to a Minority Class of U.S. Citizens. There can be No Doubt as to this being an Intentional Act, especially in Their professional Field of Expertise, They Maintain a 73.1% Error Rate. The Invoked Duty by These Experts not only Obstructs the Administration of Justice, But raises to a Level of premeditated Act with forsight and malice to commit murder, By Abuse of Vested Authority. Yes! Under Color of Law pursuant to 18 U.S.C. §§241, 242. This process IS addressable pursuant to 42 U.S.C. §1983 to actually correct the Illegal Process which violates Laws, The Constitution and Treaties of the United States against U.S. Citizens to intentionally reestablish Slavery/Involuntary Servitude which IS Prohibited as well.

20 Plus Years Later (After Illegal Conviction) the U.S. Courts are placed into app-
ellate position of which The State Attorney Generals Office Demands Review only as
threshhold allows pursuant to A.E.D.P.A. Of Course the State of California NEVER act-
ually opted-in due to competency of Post-Conviction Counsel. Further The State attor-
ney Generals Office Demands The U.S. Courts Accept California's Supreme Court at Their
Word and HONOR ALL DEFAULTS, Procedural Defaults, Untimeliness Bars of which They
Deliberately Created.

The California Supreme Court, State Attorney Generals Office by and through Their
Own Achievements, Professionalism, Integrity, and High Ethical Standards; Clarify,
Certify All Legal Standards have been Accomplished by The Highest Quality within the
Legal Systems Profession. quoting: California's Supreme Court Chief Justice Ronald
George, "California has the Highest Quality of Attorneys within the State of Calif-
ornia's Criminal Justice System. Not like Other States where Any Warm Body will do.
This is Certified by My Court which AFFIRMS 90% of Direct Appeals in Capital Cases,
and Denies 95% of Capital Habeas Corpus'".

See the Facts, [REPORT on theeCommission on Fair Administration of Justice], As
well as FIVE Law Departments of Universities in California and Arizona. California's
Trial Courts in Capital Cases ALONE are REVERSED 83.1%, California's Supreme Court in
Capital Cases ALONE are REVERSED 73.1% (allowing a 5% error rate between these SEVEN
STUDIES). Naturally this fails to include the U.S. Courts who were duped, By The Cal-
ifornia Attorney Generals Office and the California Supreme Court, By Rulings/Argum-
ents of Procedural Defaults, Procedural Error and Untimeliness Defaults, of which
could easily add yet another 9% Reversals, Creating the Trial Reversals at 92.1% and
the California Supreme Court's Error Rate at 82.1%. Based upon the Facts Certified by
U.S. Jurisdiction in the most serious cases within the Criminal Justice System, of
which execution is demanded. Please take into Legal Consideration in each and every
case, U.S. Courts are placed into a position where NO Corrective Process has Demanded

a Proper Investigation for 20 Years. Yet, California's Attorney General DEMANDS the Courts to take into consideration, Teague v. Lane, 489 U.S. 288, 309 (1989) stating, "and when a habeas petitioner succeeds in obtaining a New Trial, the erosion of memory and dispersion of witnesses that occur with the passage of time; prejudice the government and diminishes the chances of a reliable criminal adjudication..." Kuhlmann v. Wilson, (1986) 477 U.S. 436 at 453.

This situation of which is clearly demonstrated by EVIDENCE, U.S. Court Rulings has NO Opportunity of Corrections. This IS Insured by the California Supreme Court, and California's State Attorney Generals Office who have Created the "Suspensions" and "Delays" with intent to protect as defined in U.S. Adjudication. Prosecutor Misconduct, Judicial Misconduct or Improper Application of Law, and the Defense Counsel who ACCEPT Retainer Funds to Represent the State by perfecting NO LEGAL DEFENSE, and AGREEING to the Suspension of Habeas Corpus in Capital Cases.

The Totality of Evidence, Facts, and prior U.S. Adjudication are presented in good faith to This Honorable Court. This mere pro se Litigant only seeks Justice, and opportunity to fairly and legally Challenge Illegal Standard of Practice in Violation of the Constitutions, Statutory Laws and Treaties of The United States of America and The State of California-which-SUSPENDS Habeas Corpus/Collateral Challenge to the Validity of Illegal Conviction.

Clearly it should be noted that Any Defense Attorney may be reluctant to present these issues at bar. At least not if His Law Practice or Public Defenders Office is dependant upon Appointment of Capital Cases. However, It is clearly appropriate for a pro-se Litigant seeking Justice in good faith. With that thought in mind, I present This Action to One of the most Valued Positions in the Legal Profession. To perfect the Duties bestowed Upon You by Appointment of The President of The United States of America, and Oath of Office as a U.S. Jurist.

49

**Relief Prayed for:**

The Relief should be Forthwith as to Declaratory of which is established by Law Clearly Defining Rights to be discovered or wrongs to be avoided.

Injunctive Relief can be Crafter as This Honorable Court deems appropriate to Reestablish Compliance to the Constitution, Laws and Treaties of The United states of America as Demanded by Legislative Intent.

Petitioner seeks ALL Legal Damages Related to This Complaint and Related Filings as to Accountability in Seeking Corrections, Justice and ALL Related Relief.

Petitioner will Seek by Jury to Obtain Special Damages "Created by Circumstances of Bad Acts", Prospective Damages "Future Damages the Bad Acts have Created", Punitive Damages, "Directly Related to Punishments", General Damages "Presumed by Law for Bad Acts", Actual Damages "For Actual Injury", Compenseatory Damages "Losses Suffered by Illegal Acts", Consequental Damages "Indirectly Related", Reliance-Loss Damages "Reimbursement for Losses, expenses Suffered".

These should be Awarded by Hearing to Actual Jury and presentation of Evidence. However, This Court may well deem it necessary to Levy and Impose or Assess Fines by Legal Authority as Guardian of the United States Constitution.

Furthermore, for Any and All Related Information, Records, Findings, Paperwork, Documents, Electronics Related to Issues at Bar should be placed Under Seal. "This Relating Only to Petitioner in this Case and Cause". Then set for a Hearing as to Outcome of said documentation.

Furthermore, Whatever This Honorable Court Deems Necessary to Insure These Violations ARE TERMINATED, And Violators Punished to the fullest extent of the law and punishments demanded by Title 18 U.S.C. §§241, 242.

This Case and Cause is Demanding by Law to be heard by a Jury for Damages, Awards, Punishments, Corrections and to Clearly establish Demands of U.S. Constitution in Seeking Justice. IT IS SO PRAYED FOR FORTHWITH.

Respectfully Submitted this __4__ day of January, 2012.

I, __RICHARD  J.  VIEIRA__ declare under the penalty of perjury that all of the foregoing is true and correct to the best of my knowledge pursuant to 28 U.S.C. §1746.

RICHARD J VIEIRA
pro. se.

DECLARATION OF GOOD FAITH

In Support of this 42 U.S.C. §1983 Complaint.

I, RICHARD J. VIEIRA   Am the Plaintiff in this above entitled Case; Hereby State that this Complaint presenting Violations of Constitutionally Guaranteed Rights by Agents Acting Under Color of Law IS properly presented in good faith pursuant to 42 U.S.C. §1983, and Supported by the following:

(1.) Plaintiff IS Incarcerated in Violation of BOTH The United States and The State of California's Constitutions, Statutory Laws and Treaties.

(2.) The State of California's Supreme Court and State Attorney General's Office "SUSPENDS" Habeas Corpus/Collateral Challenge to the Validity of Illegal Convictions [in Capital Cases ONLY]. The State's Actions are in Violation, and a Denial of Constitutionally Guaranteed Rights by State Agents Acting Under Color of Law pursuant to 18 U.S.C. §241, §242; Establishing Complaint's Validity under 42 U.S.C. §1983

(3.) Plaintiff has clearly and concisely presented these Crimes Against the United States, Supported these issues at bar with evidence beyond reasonable doubt, establishing a prima facie case; And has EXHAUSTED these issues at bar with the California Supreme Court, In re: Case No. S193257 [Ap. H]. Case FILED May 16, 2011. As of this date the Court has Not Created Any INTAKE ORDER, or Any Orders or Rulings of Any Kind. This clearly establishing procedural Default By Law, It Should be noted NO Exhaustion is Required by law.

(4.) The U.S. District Courts have Absolute Jurisdiction over ALL Crimes Against The United States of America pursuant to 18 U.S.C. § 3231

I RICHARD J. VIEIRA   ; declare under penalty of perjury that all of the foregoing is true and correct pursuant to 28. U.S.C. §1746

JANUARY 4,   2012

VIEIRA  pro se.